FILED
2013 MAR 14 PM 2:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

Robert J. Lauson, Esq.
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
Phone: (310) 726-0892
Fax: (310) 726-0893
Email: bob@lauson.com

Attorneys for Plaintiff,
Gravity Defyer Corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gravity Defyer Corporation, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Under Armour, Inc., a Maryland Corporation,; and Does 1-9, inclusive,<br><br>    Defendants. | Case No. CV13-01842-JAK (JCGx)<br><br>Complaint For:<br><br>Federal Trademark Infringement; California Unfair Competition<br><br>Demand For Jury Trial |

///
///
///

For its Complaint, Plaintiff alleges as follows:

1. This is an action under the Trademark Laws of the United States, Title 15 U.S.C. §1051, et seq., for trademark infringement pursuant to §32 of the Trademark Act of 1946 (the Lanham Act), as amended, 15 U.S.C. §1114, and for Unfair Business Practice arising under California Business and Professions Code § 17200 et seq.

## The Parties

2. Plaintiff Gravity Defyer Corporation is a corporation duly organized under the laws of the State of California, having offices at 10643 Glenoaks Boulevard, Pacoima (Los Angeles County), California 91331 USA ("Gravity Defyer").

3. Upon information and belief, Defendant Under Armour, Inc. is a corporation organized and existing under the laws of the State of Maryland, having offices at 1020 Hull Street, Baltimore, Maryland 21230 USA ("Under Armour").

4. The true names and capacities of Defendants Does 1-9 inclusive, are unknown to Gravity Defyer, who therefore sues them by such fictitious names. Gravity Defyer will seek leave to amend this complaint to allege their true names and capacities when they have been ascertained. Gravity Defyer is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged and that Gravity Defyer's damages as herein alleged were proximately caused by those Defendants. At all times herein mentioned, Defendants DOES 1-9 inclusive were the agents, servants, employees or attorneys of their co-defendants, and in doing the things hereinafter alleged were acting within the course and scope of their authority as those agents, servants, employees or attorneys, and with the permission and consent of their co-defendants.

## Jurisdiction and Venue

5. The jurisdiction of this Court over the subject matter of this action is predicated on 28 U.S.C. § 1338(a) as a federal question pertaining to trademarks. This Court has related claim jurisdiction over the state law unfair competition claim pursuant to 28 U.S.C. § 1338(b) and 28 U.S.C. § 1367.

6. Venue is proper in this judicial district as Defendants reside here, having committed acts of infringement and thus subject to personal jurisdiction in this judicial district, pursuant to 28 U.S.C. § 1391(b), (c).

## Background Facts

7. Gravity Defyer has been engaged in the business of manufacturing and selling specialty shoes in the U.S. and elsewhere since 2006, primarily online and through catalogs. Gravity Defyer's innovative, patent pending shoes absorb harmful impacts of walking and running in a revolutionary way.

8. Since long prior to the acts of Defendants herein alleged, Gravity Defyer has continuously used its G DEFY® mark in interstate and intrastate commerce in connection with its advertising, promotion, offering to provide and providing of its specialty shoes and other related products.

9. Gravity Defyer has offered its products under its mark, the mark having continuously appeared on Gravity Defyer's advertising and on the products themselves and packaging for the products, in catalogs, advertising and promotions. Gravity Defyer has extensively used and promoted the mark such that it is closely identified with the goods of Gravity Defyer and has gained widespread recognition among its customers.

10. Plaintiff is the owner of federal registration U.S. Registration No. 3,749,223 G DEFY® for shoes. See attached information at Exhibit A. Gravity Defyer is also the owner of U.S. Registration No. 4,240,151 for its house mark GRAVITY DEFYER® for shoes, a name that its customers sometimes shorten to G DEFY. And Gravity Defyer owns registrations for its marks in Asia, Europe and various countries worldwide.

11. The registered trademarks of Gravity Defyer are valid and subsisting, and prima facie evidence of Gravity Defyer's exclusive right to use said marks in commerce throughout the United States on the goods specified therein and other goods and services related thereto.

12. As a result of the care and skill exercised by Gravity Defyer in the conduct of its business, the high quality of Gravity Defyer's products offered under its marks, and the long running advertising, sale and promotion of Gravity Defyer's products bearing the same, the marks have acquired secondary meaning. The trade uses the marks to identify Gravity Defyer's popular products as those of Gravity Defyer exclusively, and to distinguish them from the products of others.

13. Recently Gravity Defyer became aware of Defendant Under Armour's use of "G Defy" for shoes in the U.S. and elsewhere, for specialty shoes with soles of "[t]hin, lightweight, full-length Micro G® foam [that] turns cushioned landings into explosive takeoffs." See Exhibit B. The "G DEFY" mark appears on Under Armour's packaging for its shoes as well. Exhibit C.

14. The use by Under Armour of Gravity Defyer's G DEFY® mark, particularly for shoes having similar features, is likely to cause confusion, mistake or deception, as those encountering Under Armour's products may mistakenly assume, at least

initially, that their product is in some way sponsored, endorsed, approved by or connected with Gravity Defyer when in fact it is not.

15. Upon information and belief, Under Armour performed the aforesaid acts with wrongful purposes and knowledge to inappropriately trade upon Gravity Defyer's goodwill including using Gravity Defyer's mark to draw attention to their product.

16. The G DEFY® mark is wholly associated with Gravity Defyer due to its use thereof, and as such Gravity Defyer is deserving of having its marks adequately protected with respect to the conduct of its business.

17. On March 11, 2012 Gravity Defyer directed a letter to in house attorneys for Under Armour about the unauthorized use of G DEFYER® at exhibit D. No satisfactory response was received.

## Count I

## Trademark Infringement Under Federal Law

### (Against All Defendants)

18. Gravity Defyer incorporates by reference the allegations contained in paragraphs 1-17 of this Complaint and incorporates them herein.

19. By the aforesaid acts, Under Armour infringed upon Gravity Defyer's federal trademark rights described by its trademark registration, in violation of Section 32 of the Lanham Act, 15 U.S.C. §1114.

20. Upon information and belief, Under Armour's acts have been willful and in conscious disregard of the trademark rights of Gravity Defyer.

21. Gravity Defyer is entitled to damages including for diverted sales subject to proof at trial.

22. Gravity Defyer has suffered, is suffering, and will continue to suffer irreparable injury for which Gravity Defyer has no adequate remedy at law.

23. Gravity Defyer is entitled to a preliminary injunction to be made permanent upon entry of final judgment, preventing Defendant's further infringement.

## Count II
## California Unfair Competition
## (Against All Defendants)

24. Gravity Defyer incorporates by reference the allegations contained in paragraphs 1-23 of this Complaint and incorporates them herein.

25. Under Armour's actions discussed herein constitute unfair competition under the meaning of California Business and Professions Code § 17200 et seq.

26. These wrongful acts have caused and will continue to cause to Gravity Defyer substantial injury that is both imminent and irreparable, and the amount of damage sustained will be difficult to ascertain if these acts continue; Gravity Defyer has no adequate remedy at law.

27. Gravity Defyer is entitled to restitution, in that Defendant must disgorge its profits and ill-gotten gains for having infringed Plaintiff's registered mark.

28. Pursuant to California Business and Professions Code § 17203, Gravity Defyer is entitled to preliminary and permanent injunctive relief ordering Under Armour to cease this unfair competition.

WHEREFORE, Gravity Defyer prays for judgment:

A) that Under Armour and its officers, agents, servants, employees, attorneys, and all persons in active concert or participating with any of them, be preliminarily and thereafter permanently enjoined from using the terms "G DEFY," or colorable imitations thereof, in any manner on shoes, related goods such as clothing or other wearable articles, or advertising for such goods;

B) that Under Armour be required to file with the Court and serve on Gravity Defyer within 5 days after entry of that Injunction, a report in writing under oath setting forth in detail the manner and form in which Under Armour has complied with the Injunction;

C) for a finding this is an exceptional case; and

D) for damages and enhanced damages subject to proof;

E) that Under Armour be ordered to pay all costs and expenses incurred by Gravity Defyer associated with this action pursuant to 15 U.S.C. § 1117(a) including reasonable Attorneys' fees; and,

F)   for such other and further reliefs as the Court may deem just and proper.

                                                    Respectfully submitted,

                                                    LAUSON & TARVER LLP

Dated: March 14, 2013          By:_____

                                                    Robert J. Lauson, Esq.
                                                    Attorneys for Plaintiff,
                                                    GRAVITY DEFYER CORP.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby requests trial by jury on all claims asserted triable by a jury.

Dated: March 14, 2013

By: _____
Robert J. Lauson, Esq.
Attorneys for Plaintiff,
GRAVITY DEFYER CORP.



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Mar 11 05:02:46 EDT 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)

# G DEFY

| | |
|---|---|
| Word Mark | G DEFY |
| Goods and Services | IC 025. US 022 039. G & S: Shoes. FIRST USE: 20090315. FIRST USE IN COMMERCE: 20090315 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Trademark Search Facility Classification Code | LETS-1 G A single letter, multiples of a single letter or in combination with a design |
| Serial Number | 77773134 |
| Filing Date | July 2, 2009 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 1, 2009 |
| Registration Number | 3749223 |
| Registration Date | February 16, 2010 |
| Owner | (REGISTRANT) Gravity Defyer Corp. CORPORATION CALIFORNIA 15206 Ventura Blvd. Suite 300 Sherman Oaks CALIFORNIA 91403 |
| Attorney of | Robert J. Lauson |

EXHIBIT A

http://tess2.uspto.gov/bin/showfield?f=doc&state=4001:61hxj9.3.1                3/11/2013

Amazon.com: Under Armour Micro G Defy Running Shoe - Women's: Shoes

Page 1 of 8

**Join Prime**

Shop by **Department**

Shoes   Women   Men   Girls   Boys   Designer   Athletic   Outdoor   Comfort Shop

Your Amazon.com   Today's Deals   Gift Cards   Help

Search

Hello. **Sign in**
Your Account

Handbags   Clothing & Accessories   Sales & Deals

Go

Join Prime

0 Cart

Wish List

**Under Armour**
Under Armour Micro G Defy Running Shoe - Women's

(20 customer reviews)

List Price: $94.99
Price: $38.99 - $94.95

To buy, select Size
(Choose from options to the left)

Add to Cart

Add to Wish List

Share

Size:
Select ▾    ☐ Sizing info

Color: Neo Pulse/Bitter/White

- synthetic
- Exclusive Micro G foam cushioning: Ultra-light & super-responsive
- Seamless HeatGear construction: Delivers a second

Roll over image to zoom in

EXHIBIT B

http://www.amazon.com/Under-Armour-Micro-Defy-Running/dp/B0089DPMVC        3/11/2013



EXHIBIT C

Law Offices
## LAUSON & TARVER LLP

880 Apollo Street, Suite 301
El Segundo, California 90245
Tel. (310) 726-0892
Fax (310) 726-0893
www.lauson.com

Procurement and Enforcement
of Intellectual Property

Patent, Trademark,
Copyright and Related Causes

March 11, 2013

Ms. Cynthia Raposo
Vice President, Legal
Under Armour Retail, Inc.
1020 Hull Street
Baltimore, MD 21230

Fax: (410) 454-6649 (total 4 pp)

via email: craposo@underarmour.com

Re: Unauthorized Use of Gravity Defyer Trademarks
(Our Ref.: 13-29391)

    We represent Gravity Defyer Corporation of Los Angeles, California in intellectual property-related legal matters. Gravity Defyer is the owner of U.S. Trademark Registration No. 3,749,223 G DEFY® for shoes. See attached. This registered mark has been in continuous use in interstate commerce since at least 2010 with substantial sales having occurred nationwide.

    Our client recently became aware of your company's use of the term "G Defy" in reference to a running shoe. See second attachment. Such use of our client's mark causes confusion, i.e. potential customers believing there is some sort of association, affiliation, or connection between your business and them, when in fact there is none. And this is also harmful to our client in that a Google search for "g defy shoe" brings up your products mixed in with those of Gravity Defyer Corp.

    Now that you are aware of our client's rights and the infringement that is occurring, we require that you immediately cease all advertising and other uses of the G DEFY® mark. Additionally, our client will need to be compensated for the sales of shoes which occurred to your company under the G DEFY name.



EXHIBIT D

March 11, 2013
Ms. Cynthia Raposo
Vice President, Legal
Under Armour Retail, Inc.
Page 2 of 2

    Your immediate reply is requested. Nothing herein shall constitute a waiver of our client's rights in law or equity, all of which are expressly reserved. Contact us with any questions or comments.

Very truly yours,

Robert J. Lauson

Enclosures (2)
ns

cc:    Gravity Defyer (w/o enclosures)