FILED
CLERK, U.S. DISTRICT COURT

APR - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

1   Robert J. Lauson, Esq.
    Lauson & Tarver LLP
2   880 Apollo Street, Suite 301
    El Segundo, CA 90245
3   Phone: (310) 726-0892
    Fax: (310) 726-0893
4   Email: bob@lauson.com

5   Leon Small, Esq.
    LAW OFFICE OF LEON SMALL
6   16530 Ventura Blvd., #306
    Encino, CA 91436
7   Phone: (818) 906-2555
    Fax: (818) 907-8471
8   Email: lsattorney2002@yahoo.com

9   Attorney for Plaintiff,
    Gravity Defyer Corporation
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13  Gravity Defyer Corporation, a          Case No. CV-13-01842-JAK (JCGx)
    California corporation,
14                                     )
                                       )
15              Plaintiff,             )   First Amended Complaint For:
          vs.                          )
16                                     )   Federal Trademark Infringement;
    Under Armour, Inc., a Maryland     )   California Unfair Competition
17  Corporation; Finish Line, Inc., an )
    Indiana corporation; Foot Locker Inc., )
18  a New York corporation; Nordstrom, )   Demand For Jury Trial
    Inc., a Washington corporation; Dick's )
19  Sporting Goods, Inc., a New York   )
    corporation; Champs Sports, Inc., a )
20  New York corporation; Sport Chalet, )
    Inc., a California corporation;    )
21  Amazon.com, Inc., a Washington     )
    corporation; Zappos IP, Inc., a Nevada )
22  corporation; Backcountry.com, Inc., a )
    Utah corporation; Rogan's Shoes, Inc., a )
23  California corporation; Road Runner )
    Sports Retail, Inc. a California   )
24  corporation; MonkeySports, Inc., a )
    California corporation; Holabird   )
25  Sports, LLC, a Maryland limited    )
    liability company; Eastbay, Inc., a )
26  Wisconsin corporation; Dodds Shoe  )
    Company, Inc., a Wyoming           )
27  corporation; and Does 1-9, inclusive, )
                                       )
28              Defendants.            )

For its Complaint, Plaintiff alleges as follows:

1.     This is an action under the Trademark Laws of the United States, Title 15 U.S.C. §1051, et seq., for trademark infringement pursuant to §32 of the Trademark Act of 1946 (the Lanham Act), as amended, 15 U.S.C. §1114, and for Unfair Business Practice arising under California Business and Professions Code § 17200 et seq.

## The Parties

2.     Plaintiff Gravity Defyer Corporation is a corporation duly organized under the laws of the State of California, having offices at 10643 Glenoaks Boulevard, Pacoima (Los Angeles County), California  91331 USA ("Gravity Defyer").

3.     Upon information and belief, Defendant Under Armour, Inc. is a corporation organized and existing under the laws of the State of Maryland, having offices at 1020 Hull Street, Baltimore, MD  21230 USA ("Under Armour").

4.     Upon information and belief, Defendant Finish Line, Inc. is a corporation organized and existing under the laws of the State of Indiana, having offices at 1719 English Ave., Indianapolis, IN 46201 USA ("Finish Line").

5.     Upon information and belief, Defendant Foot Locker, Inc. is a corporation organized and existing under the laws of the State of New York, having offices at 112 W. 34th Street New York, NY USA ("Foot Locker").

6.     Upon information and belief, Defendant Nordstrom, Inc. is a corporation organized and existing under the laws of the State of Washington, having offices at 1700 7th Ave Ste 700 Seattle, WA 98101 ("Nordstrom").

7.     Upon information and belief, Defendant Dick's Sporting Goods, Inc. is a corporation organized and existing under the laws of the State of New York, having offices at 80 State Street Albany, NY 12207 USA ("Dick's Sporting Goods").

8.     Upon information and belief, Defendant Champs Sports, Inc. is a corporation organized and existing under the laws of the State of New York, having offices at 65 Sleepy Hollow Road Tarrytown, NY 10951 USA ("Champs Sports").

9.     Upon information and belief, Defendant Sport Chalet, Inc. is a corporation organized and existing under the laws of the State of California, having offices at 1 Sport Chalet Drive La Canada, CA 91011 USA ("Sport Chalet").

10.     Upon information and belief, Defendant Amazon.com, Inc. is a corporation organized and existing under the laws of the State of Washington, having offices at 300 Deschutes Way SW Ste 304 Tumwater, WA 98501 USA ("Amazon.com").

11.     Upon information and belief, Defendant Zappos IP, Inc. is a corporation organized and existing under the laws of the State of Nevada, having offices at 2280 Corporate Circle Henderson, NV 89074 USA ("Zappos").

12.     Upon information and belief, Defendant BackCountry.com, Inc., is a corporation organized and existing under the laws of the State of Utah, having offices at 1678 West Redstone Center Drive Park City, UT 84098 USA ("BackCountry.com").

13.     Upon information and belief, Defendant Rogan's Shoes, Inc. is a corporation organized and existing under the laws of the State of Wisconsin, having offices at 1750 Ohio Street Racine, WI 53405 USA ("Rogan's Shoes").

14.     Upon information and belief, Defendant Road Runner Sports Retail, Inc. is a corporation organized and existing under the laws of the State of California, having offices at 5549 Copley Drive San Diego, CA 92111 USA ("Road Runner Sports").

15.     Upon information and belief, Defendant MonkeySports, Inc. is a corporation organized and existing under the laws of the State of California, having offices at 1550 Magnolia Ave., #101 Corona, CA 92879 USA ("MonkeySports").

16.     Upon information and belief, Defendant Holabird Sports, LLC is a limited liability company organized and existing under the laws of the State of Maryland, having offices at 9220 Pulaski Hwy Baltimore, MD 21220 USA ("Holabird").

17.     Upon information and belief, Defendant Eastbay, Inc. is a corporation organized and existing under the laws of the State of Wisconsin, having offices at 8040 Excelsior Drive Ste 200 Madison, WI 53717 USA ("Eastbay").

18.     The true names and capacities of Defendants Does 1-9 inclusive, are unknown to Gravity Defyer, who therefore sues them by such fictitious names. Gravity Defyer will seek leave to amend this complaint to allege their true names and capacities when they have been ascertained.  Gravity Defyer is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged and that Gravity Defyer's damages as herein alleged were proximately caused by those Defendants. At all times herein mentioned, Defendants DOES 1-9 inclusive were the agents, servants, employees or attorneys of their co-defendants, and in doing the things hereinafter alleged were acting within the course and scope of their authority as those agents, servants, employees or attorneys, and with the permission and consent of their co-defendants.

4

**Jurisdiction and Venue**

19.     The jurisdiction of this Court over the subject matter of this action is predicated on 28 U.S.C. § 1338(a) as a federal question pertaining to trademarks. This Court has related claim jurisdiction over the state law unfair competition claim pursuant to 28 U.S.C. § 1338(b) and 28 U.S.C. § 1367.

20.     Venue is proper in this judicial district as Defendants reside here, having committed acts of infringement and thus subject to personal jurisdiction in this judicial district, pursuant to 28 U.S.C. § 1391(b), (c).

**Background Facts**

21.     Gravity Defyer has been engaged in the business of manufacturing and selling specialty shoes in the U.S. and elsewhere since 2006, primarily online and through catalogs.  Gravity Defyer's innovative, patent pending shoes absorb harmful impacts of walking and running in a revolutionary way.

22.     Since long prior to the acts of  Defendants herein alleged, Gravity Defyer has continuously used its G DEFY® mark in interstate and intrastate commerce in connection with its advertising, promotion, offering to provide and providing of its specialty shoes and other related products.

23.     Gravity Defyer has offered its products under its mark, the mark having continuously appeared on Gravity Defyer's advertising and on the products themselves and packaging for the products, in catalogs, advertising and promotions. Gravity Defyer has extensively used and promoted the mark such that it is closely identified with the goods of Gravity Defyer and has gained widespread recognition among its customers.

5

24.     Plaintiff is the owner of federal registration U.S. Registration No. 3,749,223 G DEFY® for shoes.  See attached information at Exhibit A.  Gravity Defyer is also the owner of U.S. Registration No. 4,240,151 for its house mark GRAVITY DEFYER® for shoes, a name that its customers sometimes shorten to G DEFY. And Gravity Defyer owns registrations for its marks in Asia, Europe and various countries worldwide.

25.     The registered trademarks of Gravity Defyer are valid and subsisting, and prima facie evidence of Gravity Defyer's exclusive right to use said marks in commerce throughout the United States on the goods specified therein and other goods and services related thereto.

26.     As a result of the care and skill exercised by Gravity Defyer in the conduct of its business, the high quality of Gravity Defyer's products offered under its marks, and the long running advertising, sale and promotion of Gravity Defyer's products bearing the same, the marks have acquired secondary meaning.  The trade uses the marks to identify Gravity Defyer's popular products as those of Gravity Defyer exclusively, and to distinguish them from the products of others.

27.     Recently Gravity Defyer became aware of Defendant Under Armour's use of "G Defy" for shoes in the U.S. and elsewhere, for specialty shoes with soles of "[t]hin, lightweight, full-length Micro G® foam [that] turns cushioned landings into explosive takeoffs." See Exhibit B. The "G DEFY" mark appears on packaging for Defendants' shoes as well. Exhibit D. Online advertising for other Defendants appears at Exhibit C.

28.     The use by Defendants of Gravity Defyer's G DEFY® mark, particularly for shoes having similar features, is likely to cause confusion, mistake or deception, as

those encountering Under Defendants' products may mistakenly assume, at least initially, that their product is in some way sponsored, endorsed, approved by or connected with Gravity Defyer when in fact it is not.

29.     Upon information and belief, Under Armour performed the aforesaid acts with wrongful purposes and knowledge to inappropriately trade upon Gravity Defyer's goodwill including using Gravity Defyer's mark to draw attention to their product.

30.     The G DEFY® mark is wholly associated with Gravity Defyer due to its use thereof, and as such Gravity Defyer is deserving of having its marks adequately protected with respect to the conduct of its business.

## Count I
## Trademark Infringement Under Federal Law
### (Against All Defendants)

31.     Gravity Defyer incorporates by reference the allegations contained in paragraphs 1-30 of this Complaint and incorporates them herein.

32.     By the aforesaid acts, Defendants infringed upon Gravity Defyer's federal trademark rights described by its trademark registration, in violation of Section 32 of the Lanham Act, 15 U.S.C. §1114.

33.     Upon information and belief, Defendants' acts have been willful and in conscious disregard of the trademark rights of Gravity Defyer.

34.     Gravity Defyer is entitled to damages including for diverted sales subject to proof at trial.

35.     Gravity Defyer has suffered, is suffering, and will continue to suffer irreparable injury for which Gravity Defyer has no adequate remedy at law.

36.     Gravity Defyer is entitled to a preliminary injunction to be made permanent upon entry of final judgment, preventing Defendants' further infringement.

**Count II**

**California Unfair Competition**

**(Against All Defendants)**

37.     Gravity Defyer incorporates by reference the allegations contained in paragraphs 1-36 of this Complaint and incorporates them herein.

38.     Defendants' actions discussed herein constitute unfair competition under the meaning of California Business and Professions Code § 17200 et seq.

39.     These wrongful acts have caused and will continue to cause to Gravity Defyer substantial injury that is both imminent and irreparable, and the amount of damage sustained will be difficult to ascertain if these acts continue; Gravity Defyer has no adequate remedy at law.

40.     Gravity Defyer is entitled to restitution, in that Defendants must disgorge their profits and ill-gotten gains for having infringed Plaintiff's registered mark.

41.     Pursuant to California Business and Professions Code § 17203, Gravity Defyer is entitled to preliminary and permanent injunctive relief ordering Under Armour to cease this unfair competition.

WHEREFORE, Gravity Defyer prays for judgment:

A)    that Defendants and its officers, agents, servants, employees, attorneys, and all persons in active concert or participating with any of them, be preliminarily and thereafter permanently enjoined from using the terms "G DEFY," or colorable imitations thereof, in any manner on shoes, related goods such as clothing or other wearable articles, or advertising for such goods;

B)    for a finding this is an exceptional case; and

C)    for damages and enhanced damages subject to proof;

D)    that Defendants be ordered to pay all costs and expenses incurred by Gravity Defyer associated with this action pursuant to 15 U.S.C. § 1117(a)  including reasonable attorneys' fees; and,

E)    for such other and further reliefs as the Court may deem just and proper.

Respectfully submitted,

LAUSON & TARVER LLP

Dated: April 4, 2013

By:_____
Robert J. Lauson, Esq.
Attorneys for Plaintiff,
GRAVITY DEFYER CORP.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests trial by jury on all claims asserted triable by a jury.

Dated:  April ___, 2013                    By: _____

                                                            Robert J. Lauson, Esq.
                                                            Attorneys for Plaintiff,
                                                            GRAVITY DEFYER CORP.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 11 05:02:46 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# G DEFY

| | |
|---|---|
| **Word Mark** | **G DEFY** |
| **Goods and Services** | IC 025. US 022 039. G & S: Shoes. FIRST USE: 20090315. FIRST USE IN COMMERCE: 20090315 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-1 G A single letter, multiples of a single letter or in combination with a design |
| **Serial Number** | 77773134 |
| **Filing Date** | July 2, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 1, 2009 |
| **Registration Number** | 3749223 |
| **Registration Date** | February 16, 2010 |
| **Owner** | (REGISTRANT) Gravity Defyer Corp. CORPORATION CALIFORNIA 15206 Ventura Blvd. Suite 300 Sherman Oaks CALIFORNIA 91403 |
| **Attorney of** | Robert J. Lauson |

EXHIBIT A

Amazon.com: Under Armour Micro G Defy Running Shoe - Women's: Shoes

Join Prime        Your Amazon.com    Today's Deals    Gift Cards    Help

Shop by **Department**        Search        Go        Hello. **Sign in**
**Your Account**        Join **Prime**        0  Cart        Wish List

Shoes   Women   Men   Boys   Girls   Designer   Athletic   Outdoor   Comfort Shop   Handbags   Clothing & Accessories   Sales & Deals

**Under Armour**
Under Armour
Micro G Defy
Running Shoe -
Women's

(20 customer reviews)

List Price: $94.99
Price: $38.99 -
$94.95

Size:
Select        ☐  Sizing info

Color: Neo Pulse/Bitter/White

· synthetic
· Exclusive Micro G foam
  cushioning: Ultra-light & super-
  responsive
· Seamless HeatGear
  construction: Delivers a second

Roll over image to zoom in

To buy, select **Size**
(Choose from options to the left)

Add to Cart

Add to Wish List

Share

EXHIBIT  B

G Defy Online at FinishLine.com                    http://www.finishline.com/store/shop/_/N-/Ns-P_TopRated|1||P...

Store Locator | Order Inquiry | WishList | Help

Home | My Account (Sign In or Sign-Up)

0 items in          $0.00   View Cart

**Men's Shoes    Women's Shoes    Kids' Shoes    Apparel    Team Gear    Accessories    Brands    Sale    New Arrivals**

**Winner's Circle**



FREE SHIPPING                                          VIEW DETAILS

**Narrow Your Results**

Shop by Gender

Shop by Size

Shop by Price

Shop by Color

**Shop By Department**

Men's Shoes

Women's Shoes

Kids' Shoes

Clothing

Fan Shop

Accessories

Sale

**Get Connected**

Sign Up for Deals!

Enter Email

Enter Mobile

Like us on Facebook!

Follow us on Twitter!

ShareThis

**Customer Care**

888-777-3949
M-F: 8am -
12am Eastern
Sat: 8am -
10pm Eastern
Sun: 10am -
8pm Eastern

FAQs
Find A Store
My Account

Search : g defy

Sort by:  Top Rated

Under Armour Micro G Defy Women's Running Shoes
See Price in Cart

Under Armour Micro G Defy Storm Womens' Running Shoes
$99.99  $69.98

Under Armour Micro G Defy Storm Kids' Running Shoes
$69.99  $39.98

Online Only
Free shipping!
Under Armour Micro G Defy Men's Running Shoes
$94.99

Search : g defy

Under Armour Micro G Defy Power in Pink Women's Running Shoes
See Price in Cart

EXHIBIT C

G Defy | Foot Locker                                        http://www.footlocker.com/_-_/keyword-g+defy

| Like 4.7n | 1.800.991.6815 | My Account | Help | Welcome, Guest, click here to log in or register. | 0 Items |

FREE SHIPPING on over 10,000 Items and all orders over $ ODE IPFL2R52
Guaranteed to Fit!*   DETAILS

What's trending:  Kobe 8      KD V      Jordan Spizike

*What are you searching for?*

NEW ARRIVALS    MEN'S    WOMEN'S    KIDS    RELEASE CALENDAR    BRANDS    OUTLET    COLLECTIONS    FIND A STORE

## HOTTEST EVENT OF THE YEAR                        RELEASE CALENDAR ⊙

### Search Results

7 results for: G [x]  >  Defy [x]

**Sort By:**
Relevance

### GENDER/AGE

Men's (3)
Women's (4)

### PRICE

$50.00 - $74.99 (1)
$75.00 - $99.99 (6)

### COLOR



### PRODUCT RATING

★★★★☆ (6)

### AVAILABILITY

In Store and Online (3)
Online Only (4)

Under Armour
Micro G Defy
Storm - Women's
Width - B - Medium
~~$99.99~~
Now $79.99

Under Armour
Micro G Defy -
Men's
Width - D - Medium
★★★★☆
~~$94.99~~
Now $69.99

Under Armour
Micro G Defy -
Men's
Width - D - Medium
★★★★☆
~~$94.99~~
Now $79.99

Under Armour
Micro G Defy -
Men's
Width - D - Medium
★★★★☆
~~$94.99~~
Now $79.99

Under Armour
Micro G Defy -
Women's
Width - B - Medium
★★★★☆
~~$94.99~~
Now $79.99

Under Armour
Micro G Defy -
Women's
Width - B - Medium
★★★★☆
~~$94.99~~
Now $79.99

Under Armour
Micro G Defy -
Women's
Width - B - Medium
★★★★☆
~~$94.99~~
Now $79.99

---

**Foot Locker Gift Cards**
Never Expires/No Fees.
Even if the card says otherwise.

**Win Daily Sweepstakes**
Hundreds of prizes awarded to winners
every day.

**Chat Hours of Operation:**
7 days a week

**TOP SEARCHES**
ASICS Running Shoes
Nike Elite Socks
Casual Shoes
Nike Running Shoes
Basketball Shoes
Nike Air Force 1
Sale Shoes

**GET CONNECTED**

**CUSTOMER SERVICE**
Ordering Help
Privacy Policy
Terms of Use
About Us
Shipping Info
Sizing Help
Returns & Exchanges
Sitemap
Affiliates

Join now and get $10 off
a future purchase.
Exclusive offers, updates and
VIP access to special events.

**Need to reach us for a
question, comment or
suggestion?**

1.800.991.6815

**Email Exclusives**
Sign up now to receive

G defy | Nordstrom                                    http://shop.nordstrom.com/sr?keyword=G+defy&origin=keywo...

Fast, easy, FREE SHIPPING & RETURNS.

Sign In | Your Account | Recommendations | Stores & Events | Wish List    Shopping Bag (0) Checkout

# NORDSTROM

FASHION REWARDS. Go shopping, get rewards. See details.

**FREE SHIPPING. FREE RETURNS.**
All the time. See details.

WOMEN     MEN     JUNIORS     KIDS     BRANDS     SALE     SPECIALTY SHOPS

| YOU SEARCHED FOR: | NARROW BY: | | | |
|---|---|---|---|---|
| "G defy" | Color | Price | Store Availability | |
| | SORT BY: Relevance ▾ | | 2 ITEMS | PAGE 1 |

*Narrow your search by category*

**All Results** (2)

**Women's Shoes** (1)
  Athletic (1)
  Sale (1)

**Kids' Shoes** (1)
  Big Boys (1)



Under Armour 'Micro G® Defy' Sneaker (Big Kid)
$64.95

Under Armour 'Micro G® Defy' Running Shoe (Women)
Was: $99.95
**Now: $49.96 50% OFF**

PAGE 1

| Customer Service | Fashion Rewards | About Us | Nordstrom | SPRING REFRESH: ACCESSORIES |
|---|---|---|---|---|
| Check Order Status | Apply for a Nordstrom Card | Careers | Like 1.8m | Recharge your style with little accents that make a big impact |
| Returns & Exchanges | Pay Bill Online | Investor Relations | | Shop our trend guide |
| Product Recall | | Nordstrom Cares | **Connect with Us** | |
| Live Chat | **Shipping Options & Charges** | Nordstrom Rack | Follow Us on Twitter | Get E-mail Updates |
| Nordstrom Stylists | Domestic Shipping | Store Locations & Events | Read Our Blog | |
| Find Your True Fit | International Shopping | Shop Our Catalogs | Get Nordstrom Apps | |
| **Advanced Search** | **Gift Cards** | Mobile Site | | |
| | | Site Map | | |

©2013 Nordstrom, Inc. For assistance call 1-888-282-6060   Contact Us   Your Privacy Rights   Terms & Conditions   **Give Us Feedback**

http://www.dickssportinggoods.com/search/index.jsp?kwCatId...

Dick's Sporting Goods



Find a Store   Weekly Circular   ORDER BY PHONE: 1-877-846-9997   Help   My Account

Start your search here...         **SEARCH >**                               (0)

## FREE SHIPPING ON PURCHASES OVER $99
ONLINE ONLY.
EXCLUDES PING. DETAILS

Home > Search: g defy

**Narrow This List**

Sort by:  Please select one...

**2 Items**   [ 1 ]

**GENDER**

Women's (2)

**SHOE TYPE**

Neutral (2)

**SHOE WEIGHT**

Lightweight (2)

**SHOE WIDTH**

Medium (2)

**SIZE**

6 Medium (2)
6.5 Medium (2)
7 Medium (2)
7.5 Medium (2)
8 Medium (2)
8.5 Medium (2)
9 Medium (2)
9.5 Medium (2)
10 Medium (2)
11 Medium (2)

**Under Armour Women's Micro G Defy Storm Running...**
~~$84.99~~
List Price: $94.99*

Free Shipping Plus
~~Free Returns on~~

**Under Armour Women's Power in Pink Micro G**
~~$84.99~~
List Price: $94.99*

Free Shipping Plus
~~Free Returns on~~

**2 Items**   [ 1 ]

**Get to Know Us**

About Us
Careers
Press Room
Promo Exclusions
Privacy Policy
Terms of Use
California Disclosures
Site Map

**We are Here to Help**

Contact Customer Service
ScoreCard®
Product Availability and Price Recalls
Return Policy
Shipping Rates
Track Your Order
Buying Guides

**More Ways to Shop**

Find a Store
Gift Cards
Group Sales
Order by Phone:
1-877-846-9997
Promos & Coupons
Weekly Circular
Mobile Website
Top Brands

SIGN UP & GET 10% OFF!

Email address  »

You'll be the first to hear about exclusive offers, events and new product arrivals!

**FOLLOW US ON:**

©2013 DICK'S Sporting Goods *List price is for reference only. No sales may have occurred at this price.

3/19/2013 12:15 PM

Sporting Goods | Sport Chalet                          http://www.sportchalet.com/p2p/endecaSearch.do?pageName...

   

Previous Page          Home   Search Term: G DEFY

Refine Selection By:    # Search Results
Size

3.5 (1)                We found 1 products matching your search for "G DEFY".

4 (1)
                       Sort by:  Price: High To Low
4.5 (1)

5 (1)

5.5 (1)

more...



Under Armour Boys' Micro G
Defy Performance Shoe
             $64.99

The ultimate responsive
lightweight performance shoe.

 **Sport Chalet**         **Action Pass™**           **Earn Rewards With**

**Gift Cards**                    **Exclusive Benefits**              **Sport Chalet Visa®**

**E-GIFT CARDS NOW**              As an Action Pass™ member it is     **EARN MORE THAN 6%**
**AVAILABLE!**                    easy to earn rewards and stay       in rewards on all Sport
The perfect gift for family       informed. Best of all, it's FREE.   Chalet purchases when
and friends redeemable                                                you use your Sport Chalet
at all Sport Chalet Stores                        Visa Card.
and online.                                                           **VIEW DETAILS**
**BUY GIFT CARDS**                Already a Member? Access your
                                  Account

**Connect With Sport Chalet**     **Sign up for email...**            **Store Locator**

     Don't miss special offers and updates:    Sport Chalet has 54
                                                                      store locations in
                                  Enter your e-mail address    Arizona, California,
                                                 Nevada, and Utah.
I'd rather be... SPORT CHALET LOG  By Zip Code  GO                    **Store Hours &**
                                   By State  GO                       **Locations**

**About Us**              **Customer Service**       **Explore Sport Chalet**      **Store Information**    **Gear Rentals**
The Sport Chalet Story    Contact Us                 Shop All Sports               Store Locations          Winter Gear Rentals
Store Locations           Check Order Status         Special Edition - Featured Items   **Specialty Services**   Camping Rentals
Investor Relations        Returns & Exchanges        Brand Showcase                Snowboard/Ski Services   SCUBA/Dive Rentals
Challenged Athletes       Shipping Options           Catalogs & Ads                Bike Tune-ups & Repair   Bike Rentals
Foundation (CAF)          Same Day Delivery          Adventures / Travel           SCUBA/Dive Services      Water Sport Rentals
Careers                   My Account                 Team Sales                    More Store Services...   More Rentals...
More About Us...          1-888-801-9162             Expert Advice
                                                     Write A Review / Ask & Answer
Vendor Partnership Guide

      

*sport chalet*

Amazon.com: Under Armour Micro G Defy Running Shoe - Wo...          http://www.amazon.com/Womens-Running-Non-Cleated-Under...

Join Prime    Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by
Department    Search    Shoes    gdefy                                    Go    Hello. Sign in    Join    0    Wish
                                                                              Your Account    Prime    Cart    List

Shoes    Women    Men    Girls    Boys    Designer    Athletic    Outdoor    Comfort Shop    Handbags    Clothing & Accessories    Sales & Deals



Under Armour
**Under Armour Micro G Defy Running Shoe - Women's**
(23 customer reviews)

Suggested Price: ~~$94.99~~
Price: $71.99 - $94.95

Size:
Select    Sizing Info

Color: **Black/Neo Pulse/Neo Pulse**

To buy, select Size
(Choose from options to the
left)

Share

- synthetic
- Exclusive Micro G foam cushioning: Ultra-light & super-responsive
- Seamless HeatGear construction: Delivers a second skin fit and ultra lightweight breathability
- Ultra light weight trainer: Coming in at 7.2 ounces
- Molded 4D foam footbed: Conforms to your foot's exact shape, eliminating internal slipping for ultimate locked-in comfort

Roll over image to zoom in
Share your own customer images

## Customers Who Viewed This Item Also Viewed                    Page 1 of 11



| Under Armour Micro G Connect Running Shoe - Women's | Women's UA Assert II Running Shoe Non-Cleated by Under Armour | Women's UA Go Running Shoes Non-Cleated by Under Armour | Women's UA Spine RPM Running Shoes Non-Cleated by Under Armour | Women's UA Micro G® Defy Storm Running Shoe Non-Cleated by Under Armour |
| :--- | :--- | :--- | :--- | :--- |
| (11) | (6) | (10) | (1) | $89.99 |
| $59.99 - $84.99 | $74.99 | $52.99 | $79.99 | |

## Product Description

Built for some serious speed. Seamless HeatGear® construction delivers a second skin fit that wicks sweat. Ultra-lightweight, breathable mesh upper for superior ventilation. External TPU heel counter locks down the athlete's foot to prevent slippage and chafing. Ultra-lightweight Micro G® foam midsole turns cushioned landings into explosive takeoffs. Full length molded 4D Foam® sockliner and collar conform to your foot for customized fit. Durable carbon and blown rubber outsole cushions while providing superior traction. 7.175 oz.. Imported.

**Product Details**

**Shipping Information:** View shipping rates and policies

**ASIN:** B0089DPMVC

**Average Customer Review:**      (23 customer reviews)

**Amazon Best Sellers Rank:** #3,468 in Shoes (See Top 100 in Shoes)

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Customer Reviews

(23)
4.3 out of 5 stars

| 5 star | 14 |
| 4 star | 5 |
| 3 star | 3 |
| 2 star | 0 |
| 1 star | 1 |

See all 23 customer reviews

*" The shoe is very comfortable and light overall. "*
Kimberley Stoddard | 9 reviewers made a similar statement

*" Besides, Under Armour really cares about people; They can combine an excellent product with the best service. "*
green bay

*" They fit perfectly and they felt even better running in them (i went running as soon as i got home). "*
KarenJ | 2 reviewers made a similar statement

**Most Helpful Customer Reviews**

4 of 4 people found the following review helpful

Pretty shoe but.. November 11, 2012

By shar

g defy at Zappos.com                                        http://www.zappos.com/g-defy

| 24/7 Customer Service (800) 927-7671 | Help | Live Help | | Log In or Regi | My Account | My Favorites |

*"g defy" we found 11 items!*

**NEWEST   MOST POPULAR   NAME   LOWEST PRICE   HIGHEST PRICE**

**CUSTOMER RATING**



**Under Armour**
UA Micro G Defy
Storm
**$100.00**



**Under Armour**
UA Micro G Defy
Storm
**$100.00**



**Under Armour**
UA Micro G Defy
Storm
**$100.00**



**Under Armour**
UA Micro G Defy
Storm
**$100.00**



**Under Armour**
Women's UA Micro G
Defy Storm
**$100.00**



**Under Armour Kids**
UA BGS Micro G Defy
Storm (Youth)
**$55.99** $70.00



**Under Armour**
Women's UA Micro G
Defy Mesh
**$95.00**



**Under Armour**
Women's UA Micro G
Defy Storm
**$100.00**



**Oakley**
Motility Lite Jacket
**$119.99** $200.00



**Oakley**
Motility Lite Jacket
**$119.99** $200.00



**Calvin Klein**
Tipped Cardigan, 12G
**$59.99** $98.00

**NEWEST   MOST POPULAR   NAME   LOWEST PRICE   HIGHEST PRICE**

**CUSTOMER RATING**

Zappos-com

Search Results | Backcountry.com                    http://www.backcountry.com/Store/catalog/search.jsp?q=G+...

Sign In  ··  Order Status  ··  Cart (0)



**Talk to Gearheads**
Live Chat or 1-800-409-4502

**Free Shipping**
On orders over $50*

**100% Guaranteed**
Lifetime Unconditional
Returns

G DEFY        ☐ **MEN   WOMEN   SKI   SNOWBOARD   HIKE & CAMP   SHOES   BIKE        OUTLET**

**2 RESULTS FOR "G DEFY"**

Sort By ▼

**CATEGORY**
Run (2)
Shoes & Footwear (2)
Women's Clothing (1)
Men's Clothing (1)

**COLOR**        Swatches
Black (6)
Gray (3)

**Free 2-Day
Shipping**

SEE DETAILS ›

30% Off

30% Off

Under Armour UA
Micro G Defy Storm
Running Shoe - Men's

SALE $69.97
Reg. $99.95

Under Armour UA
Micro G Defy Storm
Running Shoe -
Women's

SALE $69.97
Reg. $99.95

**NEED HELP?**

Talk to our Gearheads.
They're available 24/7.

**CALL**
**1.800.409.4502**

**CHAT**

Visit our Contact Us page
for more info and ways to
reach us.

**ABOUT US**

What is
Backcountry.com?

Affiliate Program

Advertise with us

Site Map

What's Wrong with this

**FAQS**

How do I make a return?

I recently purchased an item and found a lower price
listed elsewhere. What can I do?

What is your international shipping policy?

Do you charge sales tax?

When can I expect my stuff?

More questions and answers in our Help Center

Group Sales

Land Your Dream Job

Press/Media

Privacy Policy

Legal Notices

**Put a goat on it.**
Helmet, water bottle, car
window, kayak, you name it. Put
a goat on it.

**SEND ME A STICKER**

 Backcountry.com
Like  506,774

Follow our Tweets
@backcountrycom

**Read The Goat**
A Daily
Bleatdown

RSS Feeds - Gear Questions, Reviews, Photos, and
Videos

**GIFT CERTIFICATES**

 Give the gift of everything.

http://www.rogansshoes.com/Search.aspx?key=G DEFY

Search Results

**ROGANSSHOES.com**   shoe search

▶▶ Always FREE SHIPPING
TO THE CONTIGUOUS 48
U.S. STATES
**1-800-976-4267**

0 items |
$0.00
See cart

home ... about us ... contact us ... faqs ... what's new ... sitemap ... login ... my account ...
wishlist

WOMENS SHOES    MENS SHOES    KIDS SHOES    CLOTHING ACCESSORIES    SHOP BY BRAND

Womens Shoes
Mens Shoes
Kids Shoes
Clothing
Accessories

## Search Results

Search Criteria:    **Keywords: G DEFY**

Search Results    1-2 of 2    Show  24   per page

  

MENS                WOMENS

Under Armour        Under Armour
Micro G Defy        Micro G Defy
Running             Running
Shoes               Shoes

BLACK               BLACK

*This Item is Not*  *This Item is Not*
*Yet Rated*         *Yet Rated*

PRICE:              PRICE:
$94.99              $94.99
Sale **$80.74**     Sale **$75.99**
YOU SAVE            YOU SAVE
15%                 20%

  

Search Results   1-2 of 2    Show  24   per page

---

100% Secure
Online Shopping

For information about
**Payment Options
Click Here**

We proudly accept:




5-Star Seller
★★★★★
Nextag

SSL Certificates

FREE SHIPPING
On Deliveries within the 48
Continental
United States

**Company
Information**
About Us
Conditions of Use
Privacy
What's New
Register & Win
Store Locator

**Customer
Service**
Phone Orders
Sale Details
Shipping
Contact Us
Returns
Exchanges
Accounts
Fitting Running Shoes
Affiliate Program
FAQs

**Special
Features**
Videos
Mobile Work
Shoe Service
Team Sales
On Site Pics
Proper Shoe
Sizing
Shoe Finder
Schedule A
Truck

**Site
Information**
Store
Information
Corporate

Win FREE Shoes!
Register to Win Free Shoes
Click Here for Details

**100% Satisfaction Guarantee**
Rogansshoes.com offers Free Shipping (within the
Continental United States),
Free Exchanges, a One Year return policy, a Low
Price Guarantee and our secure site uses the latest
technology to make sure you are safe while online.
Read what other customers have said about our site
by reading their testimonials.

**Shoe Finder**
Let us help you find your favorite shoe. Use our shoe
finder service to locate that special shoe. We will
search all 32 of our store locations to find the shoe
you want.

**Testimonials**
See what our customers
are saying about
Rogansshoes.com:
"Thank you SO much for
your quick reply and super
fast service! I will be
recommending this site to
friends!!
See all Testimonials

  
Facebook    YouTube

Twitter    Rogan's
           Blog

3/19/2013 12:14 PM

g cup | 'Road Runner Sports

http://www.roadrunnersports.com/rrs/search/search-celebros.js...

Log In To View Your VIP Benefits| Your Account

Chat Now!

0   Checkout

Store Locator




Gift Cards: *always* the perfect gift! GO

Your Help Is Here!
800.743.3206

FREE Shipping +
90 Day Test Run!

Men's Shoes    Women's Shoes    Men's Apparel    Women's Apparel    Gear    Nutrition    Brands    SALE

VIP *family* | Enjoy your **Biggest Benefits** on *Everything, Every Day, All Year!* learn more >

Shop from 2 items for g cup

Sort by:  Popularity                    Show:  24 items per page                                    1


Your *Perfect Fit*
Shoe Finder!
• Reduce Injuries
• Eliminate Blisters
• Run in Total Comfort
**FETCH 'EM!**
SHOEDOG

*Get the latest and find out first!*

Enter Email Address

GO>

**Narrow Your Results**

**Shoe Sizes:**
Size 6 (1)
Size 8 (1)
Size 8.5 (1)
Size 9 (2)
Size 9.5 (2)
Size 10 (1)
Size 10.5 (1)
Size 11 (1)
Size 11.5 (1)
Size 12 (1)
Size 13 (1)
Size 14 (1)

**Shoe Width:**
Mens Standard (1)
Womens Standard (1)

**On Sale:**
Sale (2)

Endangered SALE
**Men's Under
Armour
Micro G Defy**
Reg: $94.95
See price in cart
VIP Benefits Apply!

Endangered SALE
**Women's Under
Armour
Micro G Defy**
Reg: $94.95
See price in cart
VIP Benefits Apply!

Sort by:  Popularity                    Show:  24 items per page                                    1
Back to top

**ENJOY** YOUR BIGGEST BENEFITS **EVERY DAY**
Save 10% on everything • Get FREE Shipping every day + Your *WARP SPEED PROMISE*
• Ultimate Test Run 90-Day Wear 'em & Love 'em Guarantee • tons more perks!   JOIN NOW

Results for g defy - Search

http://lacrossemonkey.ecomm-search.com/search?keywords=...



Shopping Cart

CHECKOUT

Information

1 800 225 7603

Retail Store Locations

Search

sticks    protective    goalie    footwear    bags    gamewear    apparel    accessories    box lacrosse    women

info

Home > Search

## Search

0

1 - 3 of 3 Results for: g defy

### Refine Your Search

**By SubCategory 3:**
Under Armour Micro G Defy Women's Running Shoe - Aluminum/White/Purple (1)
Under Armour Micro G Defy Women's Running Shoe - Black/Neo Pulse/White (1)
Under Armour Micro G Defy Women's Running Shoe - Silver/Rosewood/Heater (1)

Results per page: 12

Sort by:  Relevance

Grid ⊞ List ▥



Under Armour Micro G Defy Women's Running Shoe - Silver/Rosewood/Heater

Price: $94.99
☐ Compare
Qty: 1    Order

Under Armour Micro G Defy Women's Running Shoe - Aluminum/White/Purple

Price: $94.99
☐ Compare
Qty: 1    Order

Under Armour Micro G Defy Women's Running Shoe - Black/Neo Pulse/White

Price: $94.99
☐ Compare
Qty: 1    Order

Search preferences

Search Feedback: Did you find what you are looking for? Yes No

Site Search by nextopia



**About Us**          **Customer Service**          **Extras**          **MonkeySports Superstores**

Company Info                                          Bookmark Us        Retail Store Locations

Lacrosse Affiliate                                    Wallpaper

Program                                                                  **Find LacrosseMonkey.com On**

Link To Us

LAX                                                                      Facebook

Site Map

http://www.holabirdsports.com/catalogsearch/result/?q=g+defy

Search results for: 'g defy'

## Search results for 'g defy'

**NARROW BY**

KEY:   Demo   String   Holabird   Gift   Free   Free Next   Free 2nd
       Available   Special   Special   Certificate   Ground   Day Air   Day Air

More   More
Colors   Widths

**Category**
Men's Shoes (2)
Women's Shoes (2)
Running (4)

**4 Results**

**Brand**
Brooks
Under Armour®

**Current Offers**

   

Under Armour Micro   Under Armour Micro   Brooks Defyance 5   Brooks Defyance 5
G Defy Lady   G Defy Men   Lady   Men DeepRoyal/Sil
Silver/Rosewood   Black/Steel/Bitter   /UrbanGry/Blk/Wht

MSRP: $95.00   MSRP: $95.00   MSRP: $110.00
Our Price: $69.95   Our Price: $69.95   Our Price: $78.88   MSRP: $110.00
                                                          Our Price: $78.88

holabird
sports

3/27/13                                        Under Armour Micro G Defy Graphite / Explosion 1231486-045 (Youth)





1-866-363-7463

Search keywords     


the same day!

## Shoes By Brand

Acorn
Adidas
Aerosoles
Ahnu
Alegria
Ariat
Asics
Bearpaw
Birkenstock
Blowfish
Blundstone
Bogs
Born
Brooks
Caterpillar
Chaco
Clarks
Columbia
Converse
Crocs
Cushe
Danner
Danska
DC
Dr. Martens
Earth
Eastland
Ecco
Florsheim
Fossil
Frye
Gesswein
Haflinger
Heelys
Hi-Tec
Inov-8
Jambu
Korku
Keen
K-Swiss
Magnum
Merrel
Minnetonka
Mizuno
Naot
Native
New Balance
Nike
The North Face



### Under Armour Micro G Defy Graphite / Explosion 1231486-045 (Youth)

57590

Write a review | No reviews for this product.

~~Was: $64.95~~
Now: $48.00

Please select a size:
6.5 - Youth

ADD TO CART

 Share

You may also like:

 Reebok ZigNano Fly 2 Grey / Berry J87603 (Youth)

 Reebok RealFlex Transition 2.0 Black / Green J92308 (Youth)

 Nike T-Run 5 Black / Yellow 443990-006 (Kids)

 Brooks PureFlow Red 130009-666 (Youth)

 

Click thumbnails to view larger.

If you're wondering if the Under Armour Defy IS as fast as it looks, it is. The ultra-lightweight, breathable mesh upper and an outsole built for speed see to that. And strategically placed HeatGear® fabric in the forefoot helps ensure the temperature won't slow you down either. It's the ultimate responsive, lightweight performance running shoe.

THE FUNDAMENTALS
  HeatGear® fabric wicks away sweat to keep feet cool, dry, and light

  Thin, lightweight, full-length Micro G® foam turns cushioned landings into explosive takeoffs

  Molded 4D Foam™ footbed conforms to your foot's exact shape, eliminating slippage

  External TPU heel counter locks your heel down for abrasion-free comfort

  Tough, lightweight carbon and blown rubber outsole cushions while providing superior traction

## Under Armour Micro G Defy Graphite / Explosion 1231486-045 (Youth) Reviews

Write a review | No reviews for this product.



EXHIBIT D