1  Robert J, Lauson, Esq.
   LAUSON & TARVER LLP
2  880 Apollo Street, Suite 301
   El Segundo, CA  90245
3  Phone:  (310) 726-0892
   Fax:    (310) 726-0893
4  Email:  bob@lauson.com

5  Leon Small, Esq.
   LAW OFFICE OF LEON SMALL
6  16530 Ventura Blvd., #306
   Encino, CA 91436
7  Phone: (818) 906-2555
   Fax: (818) 907-8471
8  Email: lsattorney2002@yahoo.com

9  Attorneys for Plaintiff,
   Gravity Defyer Corporation
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gravity Defyer Corporation, a California corporation,** | Case No. CV-13-01842-JAK (JCGx) |
| **Plaintiff,** vs. | **Notice Of Voluntary Dismissal Of Defendant Dodds Shoe Company, Inc.** |
| **Under Armour, Inc., a Maryland Corporation; Finish Line, Inc., an Indiana corporation; Foot Locker Inc., a New York corporation; Nordstrom, Inc., a Washington corporation; Dick's Sporting Goods, Inc., a New York corporation; Champs Sports, Inc., a New York corporation; Sport Chalet, Inc., a California corporation; Amazon.com, Inc., a Washington corporation; Zappos IP, Inc., a Nevada corporation; Backcountry.com, Inc., a Utah corporation; Rogan's Shoes, Inc., a California corporation; Road Runner Sports Retail, Inc. a California corporation; MonkeySports, Inc., a California corporation; Holabird Sports, LLC, a Maryland limited liability company; Eastbay, Inc., a Wisconsin corporation; Dodds Shoe Company, Inc., a Wyoming corporation; and Does 1-9, inclusive,** | |
| **Defendants.** | |

Plaintiff Gravity Defyer Corp. engaged in settlement communications with Dodds Shoe Company, Inc. Dodds stated it sold zero UA (Micro) G Defy Shoes, and that its remaining inventory of those shoes was returned to Defendant Under Armour, and it has phased out all use of the "G DEFY" trademark in advertising.

Accordingly, Plaintiff voluntarily dismisses its claims as to Dodd Shoe Co., ONLY, without prejudice to recommencing the action, should the above representations prove inaccurate or the controversy not be fully resolved as to that Defendant.

Respectfully submitted,

LAUSON & TARVER LLP

Dated: April 19, 2013

By: _____
Robert J. Lauson, Esq.
Attorney for Plaintiff
GRAVITY DEFYER CORP.