Robert J. Lauson, Esq.
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
Phone: (310) 726-0892
Fax:   (310) 726-0893
Email: bob@lauson.com

Leon Small, Esq.
LAW OFFICE OF LEON SMALL
16530 Ventura Blvd., #306
Encino, CA 91436
Phone: (818) 906-2555
Fax: (818) 907-8471
Email: lsattorney2002@yahoo.com

Attorney for Plaintiff, Counter-Defendant
Gravity Defyer Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAVITY DEFYER CORPORATION, a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>UNDER ARMOUR, INC., a Maryland Corporation, et al.,<br><br>    Defendants.<br><br>———————————————<br><br>UNDER ARMOUR, INC., a Maryland Corporation, et al.,<br><br>    Counter-Claimants,<br><br>v.<br><br>Gravity Defyer Corporation, a California Corporation<br><br>    Counter-Defendant. | Case No. CV-13-01842-JAK (JCGx)<br><br>**GRAVITY DEFYER'S REPLY TO FIRST AMENDED COUNTER-CLAIMS FOR CANCELLATION OF TRADEMARK REGISTRATIONS** |

For its Answer to the first-amended counter-claims for cancellation of trademark registrations filed on or about May 20, 2013, GRAVITY DEFYER CORPORATION admits, denies and alleges as follows:

## NATURE OF ACTION

1. In answer to para 1 of the counter-claim, Gravity Defyer admits the allegations contained therein.

## PARTIES

2. In answer to para 2 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

3. In answer to para 3 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

4. In answer to para 4 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

5. In answer to para 5 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

6. In answer to para 6 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

7. In answer to para 7 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

8. In answer to para 8 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

9. In answer to para 9 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

10. In answer to para 10 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

11. In answer to para 11 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

12. In answer to para 12 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

13. In answer to para 13 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

14. In answer to para 14 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

15. In answer to para 15 of the counter-claim, Gravity Defyer is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every allegation contained therein.

16. In answer to para 16 of the counter-claim, Gravity Defyer admits the allegations contained therein.

## JURISDICTION AND VENUE

17. In answer to para 17 of the counter-claim, Gravity Defyer admits the allegations contained therein.

18. In answer to para 18 of the counter-claim, Gravity Defyer admits the allegations contained therein.

19. In answer to para 19 of the counter-claim, Gravity Defyer admits the allegations contained therein.

## FIRST CLAIM FOR RELIEF

20. Counter-claimants repeat, reallege, and incorporates by reference each and every allegation set forth above in paragraphs 1 through 19 as though set forth in full herein.

21. In answer to para 21 of the counter-claim, Gravity Defyer admits the allegations contained therein.

22. In answer to para 22 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

23. In answer to para 23 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

24. In answer to para 24 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

25. In answer to para 25 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

26. In answer to para 26 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

27. In answer to para 27 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

28. In answer to para 28 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

29. In answer to para 29 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

30. In answer to para 30 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

31. In answer to para 31 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

32. In answer to para 32 of the counter-claim, Gravity Defyer admits the allegations contained therein.

## SECOND CLAIM FOR RELIEF

33. Counter-claimants repeat, reallege, and incorporates by reference each and every allegation set forth above in paragraphs 1 through 32 as though set forth in full herein.

34. In answer to para 34 of the counter-claim, Gravity Defyer admits the allegations contained therein.

35. In answer to para 35 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

36. In answer to para 36 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

37. In answer to para 37 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

38. In answer to para 38 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

39. In answer to para 39 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

40. In answer to para 40 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

41. In answer to para 41 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

42. In answer to para 42 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

43. In answer to para 43 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

44. In answer to para 44 of the counter-claim, Gravity Defyer denies each and every allegation contained therein.

45. In answer to para 45 of the counter-claim, Gravity Defyer admits the allegations contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. Counter-claimant's counter-claims fail to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

2. Counter-claimants' lack standing to pursue the counter-claims.

### THIRD AFFIRMATIVE DEFENSE

3. Counter-claimants' claims are barred by the equitable doctrine of laches.

### PRAYER FOR RELIEF

WHEREFORE, Gravity Defyer prays for judgment against counter-claimants as follows:

1. That the Court enters judgment in favor of Gravity Defyer and against counter-claimants.

2. That the Court declares this case exceptional and award Gravity Defyer its reasonable attorney's fees pursuant to 15 USC 1117;

3. For such other relief as the Court deems just and proper.

Respectfully submitted,

LAUSON & TARVER LLP

Dated: June 5, 2013

By: _____
Robert J. Lauson, Esq.
Attorneys for Counter-Defendant,
GRAVITY DEFYER CORP.

7