Robert J. Lauson, Esq.
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
Phone: (310) 726-0892
Fax: (310) 726-0893
Email: bob@lauson.com

Leon Small, Esq.
LAW OFFICE OF LEON SMALL
16530 Ventura Blvd., #306
Encino, CA 91436
Phone: (818) 906-2555
Fax: (818) 907-8471
Email: lsattorney2002@yahoo.com

Attorney for Plaintiff, Counter-Defendant
Gravity Defyer Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRAVITY DEFYER CORPORATION,** a California Corporation, | Case No. CV-13-01842-JAK (JCGx) |
| **Plaintiff,** | Second Amended Complaint For: |
| v. | Federal Trademark Infringement; Federal Unfair Competition and False Designation of Origin. |
| **UNDER ARMOUR, INC.,** a Maryland Corporation, et al., | |
| **Defendants.** | Demand For Jury Trial |
| **UNDER ARMOUR, INC.,** a Maryland Corporation, et al., | |
| **Counter-Claimants,** | |
| v. | |
| **Gravity Defyer Corporation,** a California Corporation | |
| **Counter-Defendant.** | |

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

SEP 10 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

For its Second Amended Complaint, Plaintiff alleges as follows:

1.     This is an action under the Trademark Laws of the United States, Title 15 U.S.C. §1051, et seq., for Trademark Infringement pursuant to §32 of the Trademark Act of 1946 (the Lanham Act), as amended, 15 U.S.C. §1114, Federal Unfair Competition and False Designation of Origin pursuant to 15 U.S.C. §1125(a) et seq.

## The Parties

2.     Plaintiff Gravity Defyer Corporation is a corporation duly organized under the laws of the State of California, having offices at 10643 Glenoaks Boulevard, Pacoima (Los Angeles County), California 91331 USA ("Gravity Defyer").

3.     Upon information and belief, Defendant Under Armour, Inc. is a corporation organized and existing under the laws of the State of Maryland, having offices at 1020 Hull Street, Baltimore, MD 21230 USA ("Under Armour").

4.     Upon information and belief, Defendant Finish Line, Inc. is a corporation organized and existing under the laws of the State of Indiana, having offices at 3308 N. Mitthoeffer Rd., Indianapolis, IN 46235 USA ("Finish Line").

5.     Upon information and belief, Defendant Foot Locker, Inc. is a corporation organized and existing under the laws of the State of New York, having offices at 112 W. 34th Street New York, NY USA ("Foot Locker").

6.     Upon information and belief, Defendant Nordstrom, Inc. is a corporation organized and existing under the laws of the State of Washington, having offices at 1700 7th Ave Ste 700 Seattle, WA 98101 ("Nordstrom").

7.     Upon information and belief, Defendant Dick's Sporting Goods, Inc. is a corporation organized and existing under the laws of the State of Delaware, having offices at 345 Court Street, Coraopolis, PA 15108 USA ("Dick's Sporting Goods").

8.     Upon information and belief, Defendant Foot Locker Retail, Inc. dba Champs Sports is a corporation organized and existing under the laws of the State of New York, having offices at 311 Manatee Avenue West, Bradenton, FL 34205 USA ("Champs Sports").

9.     Upon information and belief, Defendant Sport Chalet, Inc. is a corporation organized and existing under the laws of the State of Delaware, having offices at One Sport Chalet Drive, La Canada, CA 91101 USA ("Sport Chalet").

10.     Upon information and belief, Defendant Amazon.com, Inc. is a corporation organized and existing under the laws of the State of Delaware, having offices at 410 Terry Avenue North, Seattle, WA 98109 USA ("Amazon.com").

11.     Upon information and belief, Defendant Zappos Retail Inc. is a corporation organized and existing under the laws of the State of Nevada, having offices at 2280 Corporate Circle, Henderson, NV 89074 USA ("Zappos").

12.     Upon information and belief, Defendant BackCountry.com, Inc., is a corporation organized and existing under the laws of the State of Utah, having offices at 1678 West Redstone Center Drive Park City, UT 84098 USA ("BackCountry.com").

13.     Upon information and belief, Defendant Rogan's Shoes, Inc. is a corporation organized and existing under the laws of the State of Wisconsin, having offices at 1750 Ohio Street Racine, WI 53405 USA ("Rogan's Shoes").

14.     Upon information and belief, Defendant Road Runner Sports Retail, Inc. is a corporation organized and existing under the laws of the State of California, having offices at 5549 Copley Drive San Diego, CA 92111 USA ("Road Runner Sports").

15.     Upon information and belief, Defendant MonkeySports, Inc. is a corporation organized and existing under the laws of the State of California, having offices at 1550 Magnolia Ave., #101 Corona, CA 92879 USA ("MonkeySports").

16.     Upon information and belief, Defendant Holabird Sports, LLC is a limited liability company organized and existing under the laws of the State of Maryland, having offices at 9220 Pulaski Hwy Baltimore, MD 21220 USA ("Holabird").

17.     Upon information and belief, Defendant Eastbay, Inc. is a corporation organized and existing under the laws of the State of Wisconsin, having offices at 427 Third St., Wausau, WI 54403 USA ("Eastbay").

18.     The true names and capacities of Defendants Does 1-9 inclusive, are unknown to Gravity Defyer, who therefore sues them by such fictitious names. Gravity Defyer will seek leave to amend this complaint to allege their true names and capacities when they have been ascertained.  Gravity Defyer is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged and that Gravity Defyer's damages as herein alleged were proximately caused by those Defendants. At all times herein mentioned, Defendants DOES 1-9 inclusive were the agents,

servants, employees or attorneys of their co-defendants, and in doing the things hereinafter alleged were acting within the course and scope of their authority as those agents, servants, employees or attorneys, and with the permission and consent of their co-defendants.

**Jurisdiction and Venue**

19.    The jurisdiction of this Court over the subject matter of this action is predicated on 28 U.S.C. § 1338(a) as a federal questions pertaining to trademarks.

20.    Venue is proper in this judicial district as Defendants reside here, having committed acts of infringement and thus subject to personal jurisdiction in this judicial district, pursuant to 28 U.S.C. § 1391(b), (c).

**Background Facts**

21.    Gravity Defyer has been engaged in the business of manufacturing and selling specialty shoes in the U.S. and elsewhere since 2006, primarily online and through catalogs.    Gravity Defyer's innovative, patent pending shoes absorb harmful impacts of walking and running in a revolutionary way.

22.    Since long prior to the acts of Defendants herein alleged, Gravity Defyer has continuously used its G DEFY® mark in interstate and intrastate commerce in connection with its advertising, promotion, offering to provide and providing of its specialty shoes and other related products.

23.    Gravity Defyer has offered its products under its mark, the mark having continuously appeared on Gravity Defyer's advertising and on the products themselves and packaging for the products, in catalogs, advertising and promotions. Gravity Defyer has extensively used and promoted the mark such that it is closely

identified with the goods of Gravity Defyer and has gained widespread recognition among its customers.

24.     Plaintiff is the owner of federal registration U.S. Registration No. 3,749,223 G DEFY® for shoes.  See attached information at Exhibit A.  Gravity Defyer is also the owner of U.S. Registration No. 4,240,151 for its house mark GRAVITY DEFYER® for shoes, a name that its customers sometimes shorten to G DEFY. And Gravity Defyer owns registrations for its marks in Asia, Europe and various countries worldwide.

25.     The registered trademarks of Gravity Defyer are valid and subsisting, and prima facie evidence of Gravity Defyer's exclusive right to use said marks in commerce throughout the United States on the goods specified therein and other goods and services related thereto.

26.     As a result of the care and skill exercised by Gravity Defyer in the conduct of its business, the high quality of Gravity Defyer's products offered under its marks, and the long running advertising, sale and promotion of Gravity Defyer's products bearing the same, the marks have acquired secondary meaning.  The trade uses the marks to identify Gravity Defyer's popular products as those of Gravity Defyer exclusively, and to distinguish them from the products of others.

27.     Recently Gravity Defyer became aware of Defendant Under Armour's use of "G Defy" for shoes in the U.S. and elsewhere, for specialty shoes with soles of "[t]hin, lightweight, full-length Micro G® foam [that] turns cushioned landings into explosive takeoffs." See Exhibit B. The "G DEFY" mark appears on packaging for Defendants' shoes as well. Exhibit D. Online advertising for other Defendants appears at Exhibit C.

28.    The use by Defendants of Gravity Defyer's G DEFY® mark, particularly for shoes having similar features, is likely to cause confusion, mistake or deception, as those encountering Under Defendants' products may mistakenly assume, at least initially, that their product is in some way sponsored, endorsed, approved by or connected with Gravity Defyer when in fact it is not.

29.    Upon information and belief, Under Armour performed the aforesaid acts with wrongful purposes and knowledge to inappropriately trade upon Gravity Defyer's goodwill including using Gravity Defyer's mark to draw attention to their product.

30.    The G DEFY® mark is wholly associated with Gravity Defyer due to its use thereof, and as such Gravity Defyer is deserving of having its marks adequately protected with respect to the conduct of its business.

## Count I
### Trademark Infringement Under Federal Law
### (Against All Defendants)

31.    Gravity Defyer incorporates by reference the allegations contained in paragraphs 1-30 of this Complaint and incorporates them herein.

32.    By the aforesaid acts, Defendants infringed upon Gravity Defyer's federal trademark rights described by its trademark registration, in violation of Section 32 of the Lanham Act, 15 U.S.C. §1114.

33.    Gravity Defyer is entitled to damages including for diverted sales subject to proof at trial.

34.     Upon information and belief, Defendants' acts have been willful and in conscious disregard of the trademark rights of Gravity Defyer.

## Count II
### Federal Unfair Competition and False Designation of Origin
### (Against All Defendants)

35.     Plaintiff repeats and realleges each of the allegations set forth in paragraphs 1 through 34 of this Complaint.

36.     Defendants' use of the infringing MICRO G DEFY mark constitutes false designation of origin, false or misleading description or representation.  Such unauthorized use causes, and is likely to cause, confusion, mistake or deception of others, as to the affiliation, connection or association of Defendants with Plaintiff, and also causes, and is likely to cause, confusion, mistake or deception as to the origin, sponsorship or approval of the goods and services of Defendants with those of Plaintiff.

37.     Such false designation, description, and/or representation constitutes unfair competition and is an infringement of Plaintiff's rights in its G DEFY and GRAVITY DEFYER marks, in violation of the Lanham Act § 43(a), 15 U.S.C. § 1125(a).

38.     Gravity Defyer is entitled to damages including for diverted sales subject to proof at trial.

39.     Upon information and belief, Defendants' acts have been willful and in conscious disregard of the trademark rights of Gravity Defyer.

WHEREFORE, Gravity Defyer prays for judgment against Defendants:

A)   for damages and enhanced damages subject to proof;

B)   for a finding under the Trademark Law this is an exceptional case and enhanced damages;

C)   that they be ordered to pay all costs and expenses incurred by Gravity Defyer associated with this action pursuant to 15 U.S.C. § 1117(a) including reasonable attorneys' fees; and,

D)   for such other and further reliefs as the Court may deem just and proper.

Respectfully submitted,

LAUSON & TARVER LLP

Dated: September 10, 2013          By: _____

Robert J. Lauson, Esq.
Attorneys for Plaintiff,
GRAVITY DEFYER CORP.

# DEMAND FOR JURY TRIAL

Plaintiff hereby requests trial by jury on all claims asserted triable by a jury.

Dated: September 1υ, 2013          By:_____

                                   Robert J. Lauson, Esq.
                                   Attorneys for Plaintiff,
                                   GRAVITY DEFYER CORP.



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Mar 11 05:02:46 EDT 2013

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **BOTTOM** | **HELP**

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**TSDR** | **ASSIGN Status** | **TTAB Status** ( Use the "Back" button of the Internet Browser to return to TESS)

# G DEFY

| | |
|---|---|
| Word Mark | G DEFY |
| Goods and Services | IC 025. US 022 039. G & S: Shoes. FIRST USE: 20090315. FIRST USE IN COMMERCE: 20090315 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Trademark Search Facility Classification Code | LETS-1 G A single letter, multiples of a single letter or in combination with a design |
| Serial Number | 77773134 |
| Filing Date | July 2, 2009 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 1, 2009 |
| Registration Number | 3749223 |
| Registration Date | February 16, 2010 |
| Owner | (REGISTRANT) Gravity Defyer Corp. CORPORATION CALIFORNIA 15206 Ventura Blvd. Suite 300 Sherman Oaks CALIFORNIA 91403 |
| Attorney of | Robert J. Lauson |

EXHIBIT A

Join Prime

Your Amazon.com    Today's Deals    Gift Cards    Help

Shop by
**Department**

Shoes    Women    Men    Girls    Boys    Designer    Athletic    Outdoor    Comfort Shoe

Search                                                                        Go

Hello. Sign in
**Your Account**

Clothing & Accessories    Handbags    Sales & Deals

Join
Prime

0    Cart

Wish
List



Under Armour
**Under Armour
Micro G Defy
Running Shoe -
Women's**

(20 customer
reviews)

~~$94.99~~
$38.99 -
$94.95

Select    ‡    Sizing info

Neo Pulse/Bitter/White

Synthetic.

Exclusive Micro G foam
cushioning. Ultra-light & super-
responsive

Seamless HeatGear
construction. Delivers a secure

To buy, select Size
(Choose from options to the left)

Add to Cart

Add to Wish List

Share

EXHIBIT B

G Defy Online at FinishLine.com

http://www.finishline.com/store/shop/_/N-/Ns-P_TopRated|1||P...



EXHIBIT C

G Defy | Foot Locker

http://www.footlocker.com/_-_/keyword-g+defy

| Uke 4.7n | 1.800.991.6815 | My Account | Help | Welcome, Guest, click here to log in or register. | 0 Items |

FREE SHIPPING on over 10,000 items and all orders over! ODE IPFL2R52
Guaranteed to Fit!*  DETAILS

What's trending  Kobe 8    KD V    Jordan Spizike

*What are you searching for?*

**NEW ARRIVALS   MEN'S   WOMEN'S   KIDS   RELEASE CALENDAR   BRANDS   OUTLET   COLLECTIONS   🏢 FIND A STORE**

## HOTTEST EVENT OF THE YEAR    RELEASE CALENDAR ›

Search Results

7 results for: G [x] > Defy [x]

**GENDER/AGE**

Men's (3)
Women's (4)

Sort By:

Relevance

**PRICE**

$50.00 - $74.99 (1)
$75.00 - $99.99 (6)

**COLOR**

**PRODUCT RATING**

★★★★☆ (6)

**AVAILABILITY**

In Store and Online (3)
Online Only (4)


Under Armour
Micro G Defy
Storm - Women's
Width - B - Medium
~~$99.99~~
Now $79.99


Under Armour
Micro G Defy -
Men's
Width - D - Medium
★★★★☆
~~$94.99~~
Now $69.99


Under Armour
Micro G Defy -
Men's
Width - D - Medium
★★★★☆
~~$94.99~~
Now $79.99


Under Armour
Micro G Defy -
Men's
Width - D - Medium
★★★★☆
~~$94.99~~
Now $79.99


Under Armour
Micro G Defy -
Women's
Width - B - Medium
★★★★☆
$84.99
Now $79.99


Under Armour
Micro G Defy -
Women's
Width - B - Medium
★★★★☆
~~$94.99~~
Now $79.99

Under Armour
Micro G Defy -
Women's
Width - B - Medium
★★★★☆
~~$94.99~~
Now $79.99

---

**Foot Locker Gift Cards**
Never Expires/No Fees.
Even if the card says otherwise.

**Win Daily Sweepstakes**
Hundreds of prizes awarded ONLINE
every day.

**Chat Hours of Operation:**
7 days a week

**TOP SEARCHES**

ASICS Running Shoes
Nike Elite Socks
Casual Shoes
Nike Running Shoes
Basketball Shoes
Nike Air Force 1
Sale Shoes

**GET CONNECTED**

**CUSTOMER SERVICE**

Ordering Help
Privacy Policy
Terms of Use
About Us
Shipping Info
Sizing Help
Returns & Exchanges
Sitemap
Affiliates

Join now and get $10 off a future purchase.
Exclusive offers, updates and VIP access to special events.

Need to reach us for a question, comment or suggestion?

1.800.991.6815

**Email Exclusives**
Sign up now to receive

G defy | Nordstrom

http://shop.nordstrom.com/sr?keyword=G+defy&origin=keywo...

Fast, easy, FREE SHIPPING & RETURNS.

Sign in | Your Account | Recommendations | Stores & Events | Wish List    Shopping Bag (0) Checkout

# NORDSTROM

FASHION REWARDS. Go shopping, get rewards. See details.

FREE SHIPPING. FREE RETURNS.
All the time. See details.

WOMEN     MEN     JUNIORS     KIDS     BRANDS     SALE     SPECIALTY SHOPS

| | | |
|---|---|---|
| YOU SEARCHED FOR: | NARROW BY: | |
| | Color | Price | Store Availability |
| "G defy" | SORT BY: | Relevance | | 2 ITEMS | PAGE 1 |

Narrow your search by category
All Results (2)
**Women's Shoes** (1)
  Athletic (1)
  Sale (1)

**Kids' Shoes** (1)
  Big Boys (1)

Under Armour 'Micro G® Defy' Sneaker (Big Kid)
$64.95

Under Armour 'Micro G® Defy' Running Shoe (Women)
Was: $99.95
**Now: $49.96 50% OFF**

PAGE 1

| | | | | |
|---|---|---|---|---|
| Customer Service | Fashion Rewards | About Us | Nordstrom | SPRING REFRESH: ACCESSORIES |
| Check Order Status | Apply for a Nordstrom Card | Careers | Like 1.8m | Recharge your style with little accents that make a big impact. |
| Returns & Exchanges | Pay Bill Online | Investor Relations | | Shop our used page |
| Product Recall | | Nordstrom Cares | Connect with Us | |
| Live Chat | **Shipping Options & Charges** | Nordstrom Rack | Follow Us on Twitter | Get E-mail Updates |
| Nordstrom Stylists | Domestic Shipping | Store Locations & Events | Read Our Blog | |
| Find Your True Fit | International Shipping | Shop Our Catalogs | Get Nordstrom Apps | |
| **Advanced Search** | **Gift Cards** | Mobile Site | | |
| | | Site Map | | |

©2013 Nordstrom, Inc. For assistance call 1-888-282-6060   Contact Us   Your Privacy Rights   Terms & Conditions   Give Us Feedback

Dick's Sporting Goods                    http://www.dickssportinggoods.com/search/index.jsp?kwCatId...



Find a Store   Weekly Circular   ORDER BY PHONE: 1-877-846-9997

Start your search here...          **SEARCH**          Help   My Account

(0)

## FREE SHIPPING ON PURCHASES OVER $99 ONLINE ONLY. EXCLUDES P.O. BOXES...

Home > Search: g defy

**Narrow This List**

**Sort by:**   Please select one...

**2 Items**   [ 1 ]

**GENDER**
Women's (2)

**SHOE TYPE**
Neutral (2)

**SHOE WEIGHT**
Lightweight (2)

**SHOE WIDTH**
Medium (2)

**SIZE**
6 Medium (2)
6.5 Medium (2)
7 Medium (2)
7.5 Medium (2)
8 Medium (2)
8.5 Medium (2)
9 Medium (2)
9.5 Medium (2)
10 Medium (2)
11 Medium (2)

**Under Armour Women's Micro G Defy Storm Running...**
~~$84.99~~
List Price: $94.99*

Free Shipping Plus Free Returns...

**Under Armour Women's Power in Pink Micro G**
~~$84.99~~
List Price: $94.99*

Free Shipping Plus Free Returns...

**2 Items**   [ 1 ]

**Get to Know Us**
About Us
Careers
Press Room
Promo Exclusions
Privacy Policy
Terms of Use
California Disclosures
Site Map

**We are Here to Help**
Contact Customer Service
ScoreCard®
Product Availability and Price
Recalls
Return Policy
Shipping Rates
Track Your Order
Buying Guides

**More Ways to Shop**
Find a Store
Gift Cards
Group Sales
Order by Phone:
1-877-846-9997
Promos & Coupons
Weekly Circular
Mobile Website
Top Brands

SIGN UP & GET 10% OFF!
Email address »
You'll be the first to hear about exclusive offers, events and new product arrivals!

FOLLOW US ON:

©2013 DICK'S Sporting Goods *List price is for reference only. No sales may have occurred at this price.

3/19/2013 12:15 PM

Sporting Goods | Sport Chalet

http://www.sportchalet.com/p2p/endecaSearch.do?pageName...

 **FREE SHIPPING** Exclusions Apply. Details

Keyword or Item number

EXPLORE SPORTS BRANDS

 Create an Account
Sign In

🛒 Create a List
Cart: 0 Items

ADVENTURES     STORE SERVICES     EXPERT ADVICE     SALE

Previous Page

Home   Search Term: G DEFY

## Search Results

**Refine Selection By:**

Size

3.5 (1)
4 (1)
4.5 (1)
5 (1)
5.5 (1)
more...

We found 1 products matching your search for "G DEFY"

Sort by:   Price  High To Low



Under Armour Boys' Micro G
Defy Performance Shoe
$64.99

The ultimate responsive
lightweight performance shoe

 **Sport Chalet**
**Gift Cards**
E-GIFT CARDS NOW
AVAILABLE!
The perfect gift for family
and friends redeemable
at all Sport Chalet Stores
and online.
BUY GIFT CARDS

**Action Pass™**
Exclusive Benefits
As an Action Pass™ member it is
easy to earn rewards and stay
informed. Best of all, it's FREE
SIGN UP FREE ▸
Already a Member? Access your
Account

**Earn Rewards With**
**Sport Chalet Visa®**
EARN MORE THAN 6%
in rewards on all Sport
Chalet purchases when
you use your Sport Chalet
Visa Card.
VIEW DETAILS

**Connect With Sport Chalet**

f  [  ⊙

I'd rather be...

**Sign up for email...**
Don't miss special offers and updates!
Enter your e-mail address   SIGN UP

**Store Locator**

By Zip Code  [  ⚲]
By State  [  ⚲]

Sport Chalet has 54
store locations in
Arizona, California,
Nevada, and Utah
Store Hours &
Locations

**About Us**
The Sport Chalet Story
Store Locations
Investor Relations
Challenged Athletes
Foundation (CAF)
Careers
More About Us...

Vendor Partnership Guide

**Customer Service**
Contact Us
Check Order Status
Returns & Exchanges
Shipping Options
Same Day Delivery
My Account
1-888-801-9162

**Explore Sport Chalet**
Shop All Sports
Special Edition - Featured Items
Brand Showcase
Catalogs & Ads
Adventures / Travel
Team Sales
Expert Advice
Write A Review / Ask & Answer

**Store Information**
Store Locations

**Specialty Services**
Snowboard/Ski Services
Bike Tune-ups & Repair
SCUBA/Dive Services
More Store Services

**Gear Rentals**
Winter Gear Rentals
Camping Rentals
SCUBA/Dive Rentals
Bike Rentals
Water Sport Rentals
More Rentals...

          

*Sport Chalet*

Amazon.com: Under Armour Micro G Defy Running Shoe - Wo...    http://www.amazon.com/Womens-Running-Non-Cleated-Under...

Join Prime   Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department   Search   Shoes   gdefy

Shoes   Women   Men   Girls   Boys   Designer   Athletic   Outdoor   Comfort Shop   Handbags   Clothing & Accessories   Sales & Deals

Go   Hello. Sign in   Join   0   Cart   Wish
Your Account   Prime   List



Under Armour
Under Armour Micro G Defy Running Shoe - Women's
(21 customer reviews)

Suggested Price $84.99
Price $71.99 - $94.95

Size
Select   Sizing info
Color: Black/Neo Pulse/Neo Pulse

To buy, select Size
(Choose from options to the left)

Share

- synthetic
- Exclusive Micro G foam cushioning: Ultra-light & super-responsive
- Seamless HeatGear construction: Delivers a second skin fit and ultra-lightweight breathability
- Ultra-light weight trainer: Coming in at 7.7 ounces
- Molded 4D foam footbed: Conforms to your foot's exact shape, eliminating internal slipping for ultimate locked-in comfort

Roll over image to zoom in
Share your own customer images

**Customers Who Viewed This Item Also Viewed**

Page 1 of 11

Under Armour Micro G
Connect Running Shoe
- Women's
(11)
$59.99 - $84.99

Women's UA Assert II
Running Shoe
Non-Cleated by Under
Armour
(6)
$74.99

Women's UA Go
Running Shoes
Non-Cleated by Under
Armour
(10)
$52.99

Women's UA Spine
RPM Running Shoes
Non-Cleated by Under
Armour
(1)
$79.99

Women's UA Micro G®
Defy Storm Running
Shoe Non-Cleated by
Under Armour
$89.99

**Product Description**

Built for some serious speed. Seamless HeatGear® construction delivers a second skin fit that wicks sweat. Ultra-lightweight, breathable mesh upper for superior ventilation. External TPU heel counter locks down the athlete's foot to prevent slippage and chafing. Ultra-lightweight Micro G® foam midsole turns cushioned landings into explosive takeoffs. Full length molded 4D Foam® sockliner and collar conform to your foot for customized fit. Durable carbon and blown rubber outsole cushions while providing superior traction. 7.175 oz.. Imported.

**Product Details**

Shipping Information: View shipping rates and policies
ASIN: B0089DPHVC
Average Customer Review:   (23 customer reviews)
Amazon Best Sellers Rank: #3,468 in Shoes (See Top 100 in Shoes)

Did we miss any relevant features for this product? Tell us what we missed.
Would you like to give feedback on images or tell us about a lower price?

**Customer Reviews**

(23)
4.0 out of 5 stars

5 star    14
4 star    5
3 star    3
2 star    0
1 star    1

See all 23 customer reviews

*"The shoe is very comfortable and light overall."*
Kimberley Stoddard | 9 reviewers made a similar statement

*"Besides, Under Armour really cares about people. They can combine an excellent product with the best service."*
green bay

*"They fit perfectly and they felt even better running in them (I went running as soon as I got home)."*
KarenJ | 2 reviewers made a similar statement

**Most Helpful Customer Reviews**

4 of 4 people found the following review helpful
Pretty shoe but ... November 11, 2012
By shar

g defy at Zappos.com

http://www.zappos.com/g-defy

| 24/7 Customer Service (800) 927-7671 | Help | Live Help | Log In or Regi | My Account | My Favorites |

*"g defy" we found 11 items!*

**NEWEST   MOST POPULAR   NAME   LOWEST PRICE   HIGHEST PRICE**

**CUSTOMER RATING**



**Under Armour**
UA Micro G Defy Storm
**$100.00**



**Under Armour**
UA Micro G Defy Storm
**$100.00**



**Under Armour**
UA Micro G Defy Storm
**$100.00**



**Under Armour**
UA Micro G Defy Storm
**$100.00**



**Under Armour**
Women's UA Micro G Defy Storm
**$100.00**



**Under Armour Kids**
UA BGS Micro G Defy Storm (Youth)
**$55.99 $70.00**



**Under Armour**
Women's UA Micro G Defy Mesh
**$95.00**



**Under Armour**
Women's UA Micro G Defy Storm
**$100.00**



**Oakley**
Motility Lite Jacket
**$119.99 $200.00**



**Oakley**
Motility Lite Jacket
**$119.99 $200.00**



**Calvin Klein**
Tipped Cardigan, 12G
**$59.99 $98.00**

**NEWEST   MOST POPULAR   NAME   LOWEST PRICE   HIGHEST PRICE**

**CUSTOMER RATING**

Search Results | Backcountry.com                     http://www.backcountry.com/Store/catalog/search.jsp?q=G+...

Sign In ‹› Order Status ‹›   Cart (0)

📱 **Talk to Gearheads**      🐄 **Free Shipping**        🛡 **100% Guaranteed**
Live Chat or 1·800·409·4502   On orders over $50*        Lifetime Unconditional
                                                         Returns

G DEFY            MEN   WOMEN   SKI   SNOWBOARD   HIKE & CAMP   SHOES   BIKE        OUTLET

2 RESULTS FOR **"G DEFY"**                                                        Sort By ▾

**CATEGORY**
Run (2)                        30%              30%
Shoes & Footwear (2)           Off              Off
Women's Clothing (1)
Men's Clothing (1)

**COLOR**    Swatches
Black (6)
Gray (3)

Free 2·Day          **Under Armour UA**      **Under Armour UA**
Shipping            **Micro G Defy Storm**   **Micro G Defy Storm**
                    **Running Shoe - Men's** **Running Shoe -**
SEE DETAILS›                                 **Women's**
                    SALE $69.97
                    Reg. $99.95              SALE $69.97
                                            Reg. $99.95

---

**NEED HELP?**              **FAQS**                                Put a goat on it.
Talk to our Gearheads.      How do I make a return?                 Helmet, water bottle, car
They're available 24/7.                                             window, kayak, you name it  Put
                            I recently purchased an item and found a lower price   a goat on it.
**CALL**                    listed elsewhere. What can I do?
**1.800.409.4502**                                                  **SEND ME A STICKER**
                            What is your international shipping policy?
**CHAT**
                            Do you charge sales tax?                 **Backcountry.com**
Visit our Contact Us page                                              Like  506,774
for more info and ways to   When can I expect my stuff?
reach us.
                            More questions and answers in our Help Center
                                                                    Follow our Tweets       Read The Goat
                            **ABOUT US**                            @backcountrycom         A Daily
                                                                                            Beatdown
                            What is              Group Sales
                            Backcountry.com?                         RSS Feeds · Gear Questions, Reviews, Photos, and
                                                 Land Your Dream Job Videos
                            Affiliate Program
                                                 Press/Media
                            Advertise with us
                                                 Privacy Policy
                            Site Map
                                                 Legal Notices      **GIFT CERTIFICATES**
                            What's Wrong with this
                                                                    💳 Give the gift of everything.

Search Results

http://www.rogansshoes.com/Search.aspx?key=G DEFY

# ROGANSSHOES.com   shoe search

▶▶ Always FREE SHIPPING
TO THE CONTIGUOUS 48
U.S. STATES

0 Items |
$0.00
See cart

home ... about us ... contact us ... faqs ... what's new ... sitemap ... login ... my account ... 1-800-976-4267
wishlist

WOMENS SHOES     MENS SHOES     KIDS SHOES     CLOTHING ACCESSORIES     SHOP BY BRAND

Womens Shoes
Mens Shoes
Kids Shoes
Clothing
Accessories

## Search Results

Search Criteria:     Keywords: G DEFY
Search Results   1-2 of 2       Show  24   per page




| MENS | WOMENS |
|---|---|
| Under Armour Micro G Defy Running Shoes | Under Armour Micro G Defy Running Shoes |
| BLACK | BLACK |
| *This Item is Not Yet Rated* | *This Item is Not Yet Rated* |
| PRICE: $94.99 | PRICE: $94.99 |
| Sale **$80.74** | Sale **$75.99** |
| YOU SAVE 15% | YOU SAVE 20% |

   

Search Results   1-2 of 2       Show  24   per page

100% Secure
Online Shopping

For information about
**Payment Options**
**Click Here**

We proudly accept:





SSL Certificates

**FREE SHIPPING**
On Deliveries within the 48
Continental
United States

**Company Information**
About Us
Conditions of Use
Privacy
What's New
Register & Win
Store Locator

**Customer Service**
Phone Orders
Sale Details
Shipping
Contact Us
Returns
Exchanges
Accounts
Fitting Running Shoes
Affiliate Program
FAQs

**Special Features**
Videos
Mobile Work
Shoe Service
Team Sales
On Site Pics
Proper Shoe Sizing
Shoe Finder
Schedule A Truck

**Site Information**
Store Information
Corporate

Win FREE Shoes!
Register to Win Free Shoes
Click Here for Details

**100% Satisfaction Guarantee**
Rogansshoes.com offers Free Shipping (within the
Continental United States),
Free Exchanges, a One Year return policy, a Low
Price Guarantee and our secure site uses the latest
technology to make sure you are safe while online.
Read what other customers have said about our site
by reading their testimonials.

**Shoe Finder**
Let us help you find your favorite shoe. Use our shoe
finder service to locate that special shoe. We will
search all 32 of our store locations to find the shoe
you want.

**Testimonials**
See what our customers
are saying about
Rogansshoes.com:
"Thank you SO much for
your quick reply and super
fast service! I will be
recommending this site to
friends!!
**See all Testimonials**


Facebook


Twitter

YouTube


Rogan's Blog

3/19/2013 12:14 PM

g cup | Road Runner Sports                    http://www.roadrunnersports.com/rrs/search/search-celebros.js...

Log In To View Your VIP Benefits| Your Account

   0   Checkout

Store Locator



Gift Cards: always the perfect gift! 

Your Help is Here! 800.743.3206    FREE Shipping + 90 Day Test Run!

Men's Shoes    Women's Shoes    Men's Apparel    Women's Apparel    Gear    Nutrition    Brands    SALE

 Enjoy your Biggest Benefits on *Everything, Every Day, All Year!* learn more >



Get the latest and find out first!

Enter Email Address

**Narrow Your Results**

**Shoe Sizes:**
Size 6 (1)
Size 8 (1)
Size 8.5 (1)
Size 9 (2)
Size 9.5 (2)
Size 10 (1)
Size 10.5 (1)
Size 11 (1)
Size 11.5 (1)
Size 12 (1)
Size 13 (1)
Size 14 (1)

**Shoe Width:**
Mens Standard (1)
Womens Standard (1)

**On Sale:**
Sale (2)

Shop from 2 items for g cup

Sort by: Popularity          Show: 24 items per page          1



Endangered SALE
**Men's Under Armour Micro G Defy**
Reg: $94.95
See price in cart
VIP Benefits Apply!

Endangered SALE
**Women's Under Armour Micro G Defy**
Reg: $94.95
See price in cart
VIP Benefits Apply!

Sort by: Popularity          Show: 24 items per page          1

Back to top

**ENJOY YOUR BIGGEST BENEFITS EVERY DAY**

Save 10% on everything • Get FREE Shipping every day + Your *WARP SPEED PROMISE*
• Ultimate Test Run 90-Day Wear 'em & Love 'em Guarantee • tons more perks!   JOIN NOW

Results for g defy - Search                                    http://lacrossemonkey.ecomm-search.com/search?keywords= ...



sticks   protective   goalie   footwear   bags   gamewear   apparel   accessories   box lacrosse   women

Home > Search

## Search

0

1 - 3 of 3 Results for: g defy

| Refine Your Search |
| --- |
| By SubCategory 3: |
| Under Armour Micro G Defy Women's Running Shoe - Aluminum/White/Purple (1) |
| Under Armour Micro G Defy Women's Running Shoe - Black/Neo Pulse/White (1) |
| Under Armour Micro G Defy Women's Running Shoe - Silver/Rosewood/Heater (1) |

Results per page:  12

Sort by:  Relevance

Grid ⊞   List ▤

| Under Armour Micro G Defy Women's Running Shoe - Silver/Rosewood/Heater | Under Armour Micro G Defy Women's Running Shoe - Aluminum/White/Purple | Under Armour Micro G Defy Women's Running Shoe - Black/Neo Pulse/White |
| --- | --- | --- |
| Price: $94.99 | Price: $94.99 | Price: $94.99 |
| Compare | Compare | Compare |
| Qty: 1    Order | Qty: 1    Order | Qty: 1    Order |

Search preferences

Search Feedback: Did you find what you are looking for? Yes No

Site Search by nextopia



| About Us | Customer Service | Extras | MonkeySports Superstores |
| --- | --- | --- | --- |
| Company Info | | Bookmark Us | Retail Store Locations |
| Lacrosse Affiliate | | Wallpaper | |
| Program | | | Find LacrosseMonkey.com |
| Link To Us | | | On |
| LAX | | | Facebook |
| Site Map | | | |