1  ALLAN E. ANDERSON (SBN 133672)
   TIMOTHY L. SKELTON (SBN 200432)
2  ARENT FOX LLP
   555 West Fifth Street, 48th Floor
3  Los Angeles, California 90013
   Telephone:    (213) 629-7400
4  Facsimile:    (213) 629-7401
   Email:        allan.anderson@arentfox.com
5
   Attorneys for Defendants/Counter-Claimants UNDER
6  ARMOUR, INC.; FINISH LINE, INC.; FOOT
   LOCKER, INC.; NORDSTROM, INC.; DICK'S
7  SPORTING GOODS, INC.; CHAMPS SPORTS;
   SPORT CHALET, INC.; AMAZON.COM, INC.;
8  ZAPPOS IP, INC.; BACKCOUNTRY.COM, INC.;
   ROGAN'S SHOES, INC.; ROAD RUNNER SPORTS
9  RETAIL, INC.; MONKEYSPORTS, INC.; HOLABIRD
   SPORTS, LLC; EASTBAY, INC.
10
   ROBERT J. LAUSON
11 LAUSON & TARVER LLP
   880 Apollo Street Suite 301
12 El Segundo, CA 90245
   Phone: (310) 726-0892
13 Fax: (310) 726-0893
   Email: bob@lauson.com
14
   LEON SMALL
15 LAW OFFICE OF LEON SMALL
   16530 Ventura Blvd., I-1306
16 Encino, CA 91436
   Phone: (818) 906-2555
17 Fax: (818) 907-8471
   Email: lsattorney2002@yahoo.com
18
   Attorneys for Plaintiff GRAVITY DEFYER CORP.
19
                    UNITED STATES DISTRICT COURT
20
                   CENTRAL DISTRICT OF CALIFORNIA
21

22 GRAVITY DEFYER CORPORATION, a          Case No.  CV13-01842 JAK (JCGx)
   California corporation
23                                        **STIPULATION FOR**
                    Plaintiff,            **DISMISSAL AS TO**
24                                        **AMAZON.COM, INC.**
              v.
25                                        Hon. John A. Kronstadt
   UNDER ARMOUR, INC., et al.,
26
                    Defendants.
27
   AND RELATED COUNTERCLAIM.
28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE HONORABLE COURT**:

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Gravity Defyer Corporation and Defendant Amazon.com, Inc. hereby stipulate to the dismissal of Amazon.com, Inc.  Each side to bear its own fees and costs.

Dated:      March 31, 2014          **ARENT FOX LLP**

By: _____
ALLAN E. ANDERSON
TIMOTHY L. SKELTON
Attorneys for Defendants

Dated:      March 31 2014          **LAUSON & TARVER LLP**

By: _____
ROBERT J. LAUSON
Attorneys for Plaintiff

**LAW OFFICE OF LEON SMALL**

**LEON SMALL**