1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAVITY DEFYER CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>UNDER ARMOUR, INC., a Maryland Corporation, et al.,<br><br>    Defendants. | Case No.  CV13-01842 JAK (JCGx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL AS TO AMAZON.COM, INC. ONLY** |
| AND RELATED ACTIONS. | |

   Pursuant to the parties' stipulation for dismissal as to Amazon.com, Inc.,

   IT IS SO ORDERED, that Amazon.com, Inc. be dismissed, each party

bearing its own attorneys' fees and costs.


Date:  April 1, 2014

                   
Hon. John A. Kronstadt
United States District Judge