# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-01842 JAK (JCGx) | Date | October 7, 2014 |
| Title: | Gravity Defyer Corporation v. Under Armour, Inc., et al. | | |

Present: The Honorable  John A. Kronstadt, United States District Judge

| Andrea Keifer | Alex Joko |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Robert J. Lauson, Leon Small | Arnold E. Sklar, Jerrold E. Abeles, Allan E. Anderson |

\_\_\_ Day Court Trial       5th Day Jury Trial

\_\_\_ One day trial;   \_\_\_ Begun (1st day);   \_\_\_ Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by _____
\_\_\_ Witnesses called, sworn and   \_\_\_ Exhibits Identified   \_\_\_ Exhibits admitted.
\_\_\_ Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes
\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.   \_\_\_ Polling waived.
**X** Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   \_\_\_ Briefs to be filed _____
\_\_\_ Motion to dismiss by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for mistrial _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict   is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
**X** Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
**X** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_ Case continued _____ for further trial/further jury deliberation.
**X** Other: Counsel report that they reached a settlement, with the terms stated on the record at the deposition. The Court sets an Order to Show Cause Re Dismissal Hearing for November 24, 2014 at 1:30 pm. If a dismissal is filed by November 20, 2014, no appearance will be required.

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

The jury is excused.

In light of the settlement, the following motions are MOOT:

Deferred Plaintiff's Motions in Limine:
Plaintiff's Stipulated Notice of Motions in Limine to Exclude Defendants' Reliance on Advice of Counsel Defense and Exclude Evidence of Insurance (Dkt. 183)
No. 1: to Exclude Irrelevant and Improper Character Evidence Pertaining to Gravity Defyer or Alexander Elnekaveh (Dkt. 178)
No. 2: to Exclude Evidence of Alleged False Advertising (Dkt. 179)
No. 3: to Exclude Martyn Shorten's Expert Report and Testimony (Dkt. 180)
No. 4: to Exclude Defendants' Evidence of Third Party Marks (Dkt. 181)

Deferred Defendant's Motions in Limine:
No. 2: to Preclude Argument and Evidence Contrary to Defendants' Survey Results (Dkt. 176)
No. 3: to Exclude Expert Evidence Re Plaintiff's Damages Commencing in April 2012 (Dkt. 210, Under Seal)
No. 5: to Exclude Evidence of Alleged Loss of Sales as to Plaintiff's Non-G-Defy Shoes (Dkt. 211, Under Seal)

**IT IS SO ORDERED.**

|  | : | 11 |
|---|---|---|
| Initials of Deputy Clerk | ak |  |

cc: